**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID GAVIN FRANCIS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DLOCAL LIMITED, SEBASTIAN KANOVICH, and DIEGO CABRERA CANAY, <br><br> Defendants. | No. 1:23-cv-07501-NGG-JRC <br><br> <u>CLASS ACTION</u> |

<u>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER**</u>

WHEREAS, on October 6, 2023, Plaintiff David Gavin Francis ("Plaintiff") commenced the above-captioned action ("Action") by filing a putative class-action complaint ("Complaint") asserting claims pursuant to §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") against defendants dLocal Limited ("dLocal"), Sebastian Kanovich, and Diego Cabrera Canay (collectively "Defendants" and, together with Plaintiff, the "Parties") (Dkt. No. 1);

WHEREAS, Defendant dLocal has agreed to waive service of a summons and the Complaint and, pursuant to Federal Rule of Civil Procedure 4(d)(3), Defendant dLocal's current deadline to respond to the Complaint is December 29, 2023;

WHEREAS, the Court has not yet entered a scheduling order;

WHEREAS, the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, provides (i) that plaintiffs bringing class action claims under the Exchange Act must publish a notice advising members of the putative class of the pendency of the action and (ii) that any member of the putative class may move the Court to serve as lead plaintiff of the

putative class within 60 days after the notice is published, and further provides a procedure for the appointment by the Court of lead plaintiff(s) and lead counsel to represent the putative class;

WHEREAS, it is unclear at this time who will serve as court-appointed lead plaintiff(s) or lead counsel and whether such plaintiff(s) and counsel will file an amended complaint or stand on the existing Complaint;

WHEREAS, counsel for Plaintiff and for dLocal have conferred and believe that a response to the Complaint would be premature prior to the entry of an order by the Court pursuant to the PSLRA appointing lead plaintiff(s) and lead counsel (the "Order");

WHEREAS, no Party has requested any extension of time in the Action;

WHEREAS, the extension sought herein will not affect any other scheduled dates or deadlines in the Action;

IT IS HEREBY STIPULATED AND AGREED among the undersigned Plaintiff and Defendant, subject to the Court's approval, as follows:

1.    Defendant dLocal shall have no obligation to answer, move against, or otherwise respond to, and is expressly relieved from responding to, the Complaint, subject to the provisions of Paragraph 2 below.

2.    Within fourteen (14) days after entry of the above-referenced Order, counsel for Defendant dLocal and Court-appointed lead counsel shall meet and confer and file a proposed schedule for (i) submission of any amended complaint or designation of the initial Complaint as operative, (ii) dLocal's subsequent response to the operative pleading, and (iii) briefing on any motion to dismiss the same.

3.    Nothing in this Stipulation constitutes a waiver of any Party's claims, defenses, arguments, or positions, all of which are expressly reserved.

2

4.      Nothing in this Stipulation shall prejudice the right of any Party to seek further extensions on the consent of the other Parties or from the Court.

5.      This Stipulation may be executed in counterparts, each of which will be deemed an original and together will constitute one document, and copies thereof furnished by facsimile or in electronic format shall be deemed originals for all purposes.  An electronic signature on this Stipulation will be considered an original signature.

*[Remainder of page intentionally left blank]*

Stipulated and agreed to by:

Dated: November 7, 2023
New York, New York

POMERANTZ LLP                           DAVIS POLK & WARDWELL LLP

*/s/ Jeremy A. Lieberman*                 */s/ Antonio J. Perez-Marques*
Jeremy A. Lieberman                     Antonio J. Perez-Marques
J. Alexander Hood II                    Craig J. Bergman
James M. LoPiano                        450 Lexington Avenue
600 Third Avenue, 20th Floor            New York, NY 10017
New York, NY 10016                      (212) 450-4000
Tel.: (212) 661-1100                    antonio.perez@davispolk.com
Fax.: (917) 463-1044                    craig.bergman@davispolk.com
jalieberman@pomlaw.com
ahood@pomlaw.com                        *Attorneys for Defendant dLocal*
jlopiano@pomlaw.com                     *Limited*

*Attorneys for Plaintiff David Gavin*
*Francis*

IT IS SO ORDERED.

This ___8 Th___ day of November 2023.


   s/Nicholas G. Garaufis
THE HON. NICHOLAS G. GARAUFIS
United States District Judge