

**Murielle Steven Walsh**
Partner

February 29, 2024

**VIA ECF AND FACSIMILE**

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:     ***Francis v. dLocal Limited, et al.*, Case No. 1:23-cv-07501-NGG-JRC**

Dear Judge Garaufis:

      We represent Lead Plaintiff Paulette Laurenzi ("Plaintiff") in the above referenced action. Pursuant to Section II.E. of Your Honor's Individual Rules, we write to request an extension of certain deadlines set forth in the Scheduling Order entered on January 18, 2024 (ECF No. 25) (the "Scheduling Order").

      The Scheduling Order sets the following deadlines:

1.  Amended complaint: March 4, 2024

2.  Defendant dLocal Limited's ("dLocal") answer or letter requesting a pre-motion conference: April 3, 2024

3.  Plaintiff's response to any pre-motion conference letter: April 17, 2024

4.  To the extent the Court permits the filing of a motion to dismiss:

    a.  DLocal's Motion to Dismiss: within 60 days after the Court's order

    b.  Opposition to Motion to Dismiss: within 60 days thereafter

{00596858;1 }

mjsteven@pomlaw.com

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9977
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com

Hon. Nicholas G. Garaufis
February 29, 2024
Page 2

      c.   DLocal's Reply in Support of Motion to Dismiss: within 30 days thereafter

Plaintiff respectfully requests that the Court extend the deadlines as follows:

1.  Amended complaint: **March 18, 2024**

2.  DLocal's answer or letter requesting a pre-motion conference: **April 30, 2024**

3.  Plaintiff's response to any pre-motion conference letter: **May 14, 2024**

The filing deadlines related to any motion to dismiss by dLocal (as set forth above) shall remain the same. The requested extension does not affect any other scheduled dates or deadlines.

This is the first request for an extension, and counsel for dLocal consents to the extension.

**So Ordered.**
/s/ Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 3/1/2024

Very truly yours,

/s/ *Murielle J. Steven Walsh*

Murielle J. Steven Walsh

CC:    all counsel of record via ECF

{00596858;1 }

mjsteven@pomlaw.com

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9977
NEW YORK • CHICAGO • LOS ANGELES • LONDON • PARIS • TEL AVIV
www.pomlaw.com