UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULETTE LAURENZI and EDUARDO ARIEL ABERLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DLOCAL LIMITED, SEBASTIAN KANOVICH, DIEGO CABRERA CANAY, JACOBO SINGER, ALBERTO EDUARDO AZAR, ANDRES BZUROVSKI BAY, SERGIO ENRIQUE FOGEL KAPLAN, LUIZ O. RIBEIRO, MARTIN ESCOBARI, TEREZA GROSSI, and JITENDRA GUPTA<br><br>Defendants. | No. 1:23-cv-07501-NGG-JRC<br><br>CLASS ACTION |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on October 6, 2023, Plaintiff David Gavin Francis commenced the above-captioned action ("Action") by filing a putative class-action complaint asserting claims pursuant to §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") against dLocal Limited ("dLocal"), Sebastian Kanovich, and Diego Cabrera Canay (ECF No. 1);

WHEREAS, on January 4, 2024, the Court granted Paulette Laurenzi's ("Lead Plaintiff") Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (ECF No.19);

WHEREAS, the Court entered orders on January 18, 2024 (ECF No. 25) and March 4, 2024 (ECF No. 27), respectively, approving a schedule for Lead Plaintiff to file an amended complaint, Defendant dLocal to file an answer to the same or letter requesting a pre-motion conference, Lead Plaintiff to respond to any such pre-motion conference letter, and the parties to

brief any subsequent motion to dismiss (the "Schedule");

WHEREAS, Lead Plaintiff filed an amended complaint ("Amended Complaint") on March 18, 2024 (ECF No. 28);

WHEREAS, the Amended Complaint adds named plaintiff Eduardo Ariel Aberle (together with Lead Plaintiff, "Plaintiffs"), and asserts claims pursuant to §§ 10(b) and 20(a) of the Exchange Act and §§ 11 and 15 of the Securities Act of 1933 against dLocal, Sebastian Kanovich, Diego Cabrera Canay, Jacobo singer, Alberto Eduardo Azar, Andres Bzurovski Bay, Sergio Enrique Fogel Kaplan, Luiz O. Ribeiro, Martin Escobari, Tereza Grossi, and Jitendra Gupta (collectively, "Defendants") (ECF No. 28);

WHEREAS, Defendant Martin Escobari executed a waiver of the service of summons on April 8, 2024;

WHEREAS, pursuant to Federal Rule of Civil Procedure 4, Mr. Escobari must file an answer or other response to the Amended Complaint by June 7, 2024;

WHEREAS, undersigned counsel for Plaintiffs and for Defendants dLocal and Mr. Escobari have conferred and agree that it would promote efficiency and conserve judicial and party resources for Mr. Escobari to respond to the Amended Complaint on the same above-referenced Schedule already approved with respect to dLocal;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, and subject to the Court's approval, as follows:

1. The Schedule already approved by the Court shall apply fully and equally to Defendant Martin Escobari.

2. As such, the applicable deadlines pertaining to responses to the operative Amended Complaint are as follows:

    a. Defendants dLocal's and Mr. Escobari's answer(s) or letter(s) requesting a pre-motion conference: **April 30, 2024**

    b. Plaintiffs' response to any pre-motion conference letter(s): **May 14, 2024**

    c. To the extent the Court permits the filing of one or more motion(s) to dismiss:

        i. Defendants dLocal's and Mr. Escobari's Motion(s) to Dismiss: within 60 days after the Court's order

        ii. Plaintiffs' Opposition(s) to Motion(s) to Dismiss: within 60 days thereafter

        iii. Defendants dLocal's and Mr. Escobari's Reply(ies) in Support of Motion(s) to Dismiss: within 30 days after Plaintiffs' filing of Opposition(s) to Motion(s) to Dismiss.

3. Nothing in this Stipulation constitutes a waiver of any Party's claims, defenses, arguments, or positions, all of which are expressly reserved.

4. Nothing in this Stipulation shall prejudice the right of any Party to seek further modifications of the schedule on the consent of the other Parties or from the Court.

5. This Stipulation may be executed in counterparts, each of which will be deemed an original and together will constitute one document, and copies thereof furnished by facsimile or in electronic format shall be deemed originals for all purposes. An electronic signature on this Stipulation will be considered an original signature.

*[Remainder of page intentionally left blank]*

Stipulated and agreed to by:

Dated: April 26, 2024
　　　　New York, New York

| POMERANTZ LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| /s/ Jeremy A. Lieberman | /s/ Antonio J. Perez-Marques |
| Jeremy A. Lieberman | Antonio J. Perez-Marques |
| Murielle J. Steven (*pro hac vice* pending) | Craig J. Bergman |
| Jared Rabinowitz (admission pending) | 450 Lexington Avenue |
| 600 Third Avenue, 20th Floor | New York, NY 10017 |
| New York, NY 10016 | (212) 450-4000 |
| Tel.: (212) 661-1100 | antonio.perez@davispolk.com |
| Fax.: (917) 463-1044 | craig.bergman@davispolk.com |
| jalieberman@pomlaw.com | |
| mjsteven@pomlaw.com | Vincent Barredo |
| jrabinowitz@pomlaw.com | 1600 El Camino Real |
| | Menlo Park, CA 94025 |
| | (650) 752-2000 |
| | vincent.barredo@davispolk.com |
| *Attorneys for Lead Plaintiff Paulette Laurenzi and Named Plaintiff Eduardo Ariel Aberle* | *Attorneys for Defendants dLocal Limited and Martin Escobari* |

IT IS SO ORDERED.

This 26th day of April 2024.

　s/Nicholas G. Garaufis
THE HON. NICHOLAS G. GARAUFIS
United States District Judge