EXHIBIT D

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**Registered Number: OC424978**

# DLOCAL CORP LLP

## AUDITED ANNUAL REPORT AND FINANCIAL STATEMENTS

## FOR THE YEAR ENDED 31 DECEMBER 2020



WEDNESDAY

*ABØVW36R*

A16     30/03/2022     #53
COMPANIES HOUSE

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**INFORMATION FOR THE YEAR ENDED 31 DECEMBER 2020**

| | |
|---|---|
| **Members** | S. Fogel |
| | DLocal Group Limited (formerly known as Emerge Transfer Limited) |
| **Registered office** | OC424978 |
| **Registered office** | C/O Preiskel & Co LLP |
| | 4 Kings Bench Walk |
| | London |
| | EC4Y 7DL |
| **Trading address** | Luis Bonavita |
| | 1294 Floor 5 (WTC Free Zone) |
| | Montevideo |
| | Uruguay |
| **Auditors** | MHA MacIntyre Hudson |
| | Chartered Accountants & Statutory Auditors |
| | 6th Floor |
| | 2 London Wall Place |
| | London |
| | EC2Y 5AU |

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**CONTENTS**

|  | Page |
|---|---|
| Report to Members | 1 |
| Independent Auditors' report | 3 |
| Statement of comprehensive income | 8 |
| Statement of financial position | 9 |
| Member's equity | 10 |
| Statement of cash flows | 11 |
| Notes to the Financial Statements | 12 - 26 |

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**REPORT TO MEMBERS**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

The Board presents its report to the members and the financial statements of DLOCAL CORP LLP ('the CORP LLP') for the year ended 31 December 2020.

**Principal activities**

The CORP LLP is a recognised cross-border payments processor that started operations on 1 July 2020, and that enabling international merchants to access end users (customers) in emerging markets such as Mexico, Argentina, Colombia, and Chile in Latin America; India in Asia. The CORP LLP also facilitates the transactions with other related parties located in other emerging markets.

Being part of dLocal Limited, which is a holding company, referred to together with its subsidiaries as "Dlocal Group" or the "Group, the CORP LLP focuses on providing alternative payment methods to end users who are typically unbanked or underbanked, and therefore do not have international credit / debit cards and find it difficult to purchase digital goods on international websites.

CORP LLP serves international e-commerce merchants and payment service providers. The CORP LLP assists these companies that sell digital goods to and collect payments from end users located in high growth markets.

The CORP LLP enables several alternative payment methods, through collaboration and technical integration with regional financial institutions and acquiring banks, such as:

    i.     locally issued credit and debit cards;

    ii.    online bank transfers from the end users' bank accounts; and

    iii.   invoices issued by the merchant, paid by the user in local regulated banks; and

    iv.   bank transfers to beneficiaries located in emerging markets.

Leveraging its position as a recognised payments provider in Latin America, the Group's strategy is to continue its sustainable expansion into other high growth markets.

**Governance**

The governance structure of the CORP LLP comprises:

- The Board — The Board is responsible for the promotion and protection of member interests and for the oversight of management. The Board approves the CORP LLP's long-term strategies and has specific oversight of risk.

- The Partners — The CORP LLP's activities are managed by the partners, who are responsible for managing all aspects of the CORP LLP's business, including the development and delivery of services, the development of the CORP LLP's policies and strategic direction and the management of the CORP LLP's financial performance.

**Designated members**

The CORP LLP's designated members (as defined by the Limited Liability Partnerships Act 2000) during the year were: Sergio Fogel and DLocal Group Limited.

**Members' capital**

The CORP LLP is financed by the profit for the year totalling $5,516,644.

1

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**REPORT TO MEMBERS**

**FOR THE YEAR ENDED 31 DECEMBER 2020 (continued)**

**Members' profit shares**

Members are remunerated from the profits of the CORP LLP and are required to make their own provision for pension and other benefits. Profits are allocated and divided between members after finalization of the financial statements. Members draw a proportion of their profit shares monthly during the year in which it is made, with the balance of profits being distributed after the year, subject to the cash requirement of the business.

**Disclosure of information to auditor**

Each of the persons who are members at the time when this Member's report is approved has confirmed that:

- so far as each member is aware, there is no relevant audit information of which the CORP LLP's auditor is unaware; and

- each member has taken all the steps that ought to have been taken as a member in order to be aware of any relevant audit information and to establish that the auditor is aware of that information.

**Statement of members' responsibilities in respect of the financial statements**

The members are responsible for preparing the financial statements in accordance with applicable law and regulations.

The Companies Act 2006, as applied to limited liability partnerships by The Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008, requires members to prepare financial statements for each financial period, which give a true and fair view of the state of affairs of the CORP LLP, and of the profit or loss of the CORP LLP for that year. In preparing those financial statements, the members are required to:

- select suitable accounting policies and then apply them consistently, subject to any changes disclosed and explained in the financial statements.

- make judgments and estimates that are reasonable and prudent.

- state whether applicable accounting standards have been followed.

- prepare the financial statements on the going concern basis, unless it is inappropriate to assume that the CORP LLP will continue in business; and

- not approve the accounts unless they are satisfied they give a true and fair view.

The members are also responsible for keeping proper accounting records that disclose with reasonable accuracy at any time the financial position of the CORP LLP and enable them to ensure that the financial statements comply with the Companies Act 2006, as applied to limited liability partnerships.

The members are also responsible for safeguarding the assets of the CORP LLP, and for taking reasonable steps for the prevention and detection of fraud and other irregularities.

These responsibilities are fulfilled by the Board on behalf of the members.

The Board confirms that it has complied with the above requirements in preparing these financial statements.

2

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**REPORT TO MEMBERS**

**FOR THE YEAR ENDED 31 DECEMBER 2020 (continued)**

**Independent auditor**

The auditor, MHA Macintyre Hudson, has indicated their willingness to continue in office. A resolution concerning the reappointment of MHA Macintyre Hudson as auditor will be put to the Directors.

This report was approved by the members, signed on their behalf by:

DocuSigned by:

*Sergio Fogel*

34BA89ED715D4E5...

S. Fogel

Date:  **03/24/2022**

3

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF DLOCAL CORP LLP**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

### Opinion

We have audited the financial statements of DLocal Corp LLP (the 'CORP LLP') for the year ended 31 December 2020, which comprise the Statement of Comprehensive Income, the Statement of Financial Position, the Statement of Changes in Equity, the Consolidated Statement of Cash Flows and the related notes, including a summary of significant accounting policies. The financial reporting framework that has been applied in their preparation is International Accounting Standards ("IAS") in conformity with the requirements of the Companies Act 2006.

In our opinion the financial statements:

•       give a true and fair view of the state of the CORP LLP's affairs as at 31 December 2020 and of its profit for the year then ended;

•       have been properly prepared in accordance with IFRS in confirming with the Companies Act 2006, as applied to limited liability partnerships by The Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008; and

•       have been prepared in accordance with the requirements of the Companies Act 2006, as applied to limited liability partnerships by The Limited Liability Partnerships (Accounts and Audit) (Application of Companies Act 2006) Regulations 2008.

### Basis for opinion

We conducted our audit in accordance with International Standards on Auditing (UK) (ISAs (UK)) and applicable law. Our responsibilities under those standards are further described in the Auditors' responsibilities for the audit of the financial statements section of our report. We are independent of the CORP LLP in accordance with the ethical requirements that are relevant to our audit of the financial statements in the United Kingdom, including the Financial Reporting Council's Ethical Standard, and we have fulfilled our other ethical responsibilities in accordance with these requirements. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

### Conclusions relating to going concern

In auditing the financial statements, we have concluded that the members use of the going concern basis of accounting in the preparation of the financial statements is appropriate.

Based on the work we have performed, we have not identified any material uncertainties relating to events or conditions that, individually or collectively, may cast significant doubt on the CORP LLP's ability to continue as a going concern for a period of at least twelve months from when the financial statements are authorised for issue.

Our responsibilities and the responsibilities of the members with respect to going concern are described in the relevant sections of this report.

4

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF DLOCAL CORP LLP**

**FOR THE YEAR ENDED 31 DECEMBER 2020 (CONTINUED)**

**Other information**

The members are responsible for the other information. The other information comprises the information included in the Annual Report, other than the financial statements and our Auditors' Report thereon. Our opinion on the financial statements does not cover the other information and, except to the extent otherwise explicitly stated in our report, we do not express any form of assurance conclusion thereon.

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements, or our knowledge obtained in the audit or otherwise appears to be materially misstated. If we identify such material inconsistencies or apparent material misstatements, we are required to determine whether there is a material misstatement in the financial statements or a material misstatement of the other information. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact.

We have nothing to report in this regard.

**Opinion on other matters prescribed by the Companies Act 2006**

In our opinion, based on the work undertaken in the course of the audit:

- the information given in the Members Report for the year ended 31 December 2020 for which the financial statements are prepared is consistent with the financial statements; and
- the Members Report have been prepared in accordance with applicable legal requirements.

**Matters on which we are required to report by exception**

In the light of the knowledge and understanding of the CORP LLP and its environment obtained in the course of the audit, we have not identified material misstatements in the Members Report.

We have nothing to report in respect of the following matters in relation to which the Companies Act 2006 requires us to report to you if, in our opinion:

- adequate accounting records have not been kept, or returns adequate for our audit have not been received from branches not visited by us; or
- the financial statements are not in agreement with the accounting records and returns; or
- certain disclosures of members remuneration specified by law are not made; or
- we have not received all the information and explanations we require for our audit.

**Responsibilities of members**

As explained more fully in the Members Responsibilities Statement on page 1, the members are responsible for the preparation of the financial statements and for being satisfied that they give a true and fair view, and for such internal control as the members determine is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the members are responsible for assessing the CORP LLP's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the members either intend to liquidate the CORP LLP or to cease operations, or have no realistic alternative but to do so.

6

**DLOCAL CORP LLP**

**INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF DLOCAL CORP LLP**

**FOR THE YEAR ENDED 31 DECEMBER 2020 (CONTINUED)**

**Auditors' responsibilities for the audit of the financial statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an Auditors' Report that includes our opinion. Reasonable assurance is a high level of assurance but is not a guarantee that an audit conducted in accordance with ISAs (UK) will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

Irregularities, including fraud, are instances of non-compliance with laws and regulations. We design procedures in line with our responsibilities, outlined above, to detect material misstatements in respect of irregularities, including fraud. The specific procedures for this engagement and the extent to which these are capable of detecting irregularities, including fraud is detailed below:

- Enquiry of management and those charged with governance around actual and potential litigation and claims;
- Performing audit work over the risk of management override of controls, including testing of journal entries and other adjustments for appropriateness, evaluating the business rationale of significant transactions outside the normal course of business and revieing accounting estimates for bias;
- Reviewing minutes of meetings of those charged with governance; and
- Reviewing financial statement disclosures and testing to supporting documentation to assess compliance with applicable laws and regulations.

Because of the inherent limitations of an audit, there is a risk that we will not detect all irregularities, including those leading to a material misstatement in the financial statements or non-compliance with regulation. This risk increases the more that compliance with a law or regulation is removed from the events and transactions reflected in the financial statements, as we will be less likely to become aware of instances of non-compliance. The risk is also greater regarding irregularities occurring due to fraud rather than error, as fraud involves intentional concealment, forgery, collusion, omission or misrepresentation.

A further description of our responsibilities for the audit of the financial statements is located on the Financial Reporting Council's website at: www.frc.org.uk/auditorsresponsibilities. This description forms part of our Auditors' Report.

**Other Matter**

The Financial Statements of DLocal Corp LLP for the year ended 31 December 2019 were unaudited.

6

**DLOCAL CORP LLP**

**INDEPENDENT AUDITORS' REPORT TO THE MEMBERS OF DLOCAL CORP LLP**

**FOR THE YEAR ENDED 31 DECEMBER 2020 (CONTINUED)**

**Use of our report**

This report is made solely to the CORP LLP's members, as a body, in accordance with Chapter 3 of Part 16 of the Companies Act 2006. Our audit work has been undertaken so that we might state to the CORP LLP's members those matters we are required to state to them in an Auditors' Report and for no other purpose. To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the CORP LLP and the CORP LLP's members, as a body, for our audit work, for this report, or for the opinions we have formed.

...........................................
**Rakesh Shaunak, Senior Statutory Auditor**
For and on behalf of MHA Macintyre Hudson, Statutory Auditor
London, United Kingdom
Date: 25 / 03 / 2022

7

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**STATEMENT OF COMPREHENSIVE INCOME**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

|  | Note | 2020 USD | 2019 USD |
|---|---|---|---|
| Gross Revenue | 3 | 10,900,680 | - |
| Cost of sales | 5 | (4,060,200) | - |
| **Net Revenues** |  | **6,840,480** | **-** |
|  |  |  |  |
| Administrative expenses | 6 | (1,323,836) | (9,222) |
| **Operating Activities** |  | **5,516,644** | **(9,222)** |
|  |  |  |  |
| **Profit/(loss) for the year before members' remuneration** | 11 | **5,516,644** | **(9,222)** |
| Members' remuneration |  | (3,559,353) | - |
| **Profit/(loss) for the year** |  | **1,957,291** | **(9,222)** |

There were no recognized gains or losses for the year ended 31 December 2020, other than those included in the income statement.

The notes on pages 12 to 26 form part of these financial statements.

8

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

## DLOCAL CORP LLP

### STATEMENT OF FINANCIAL POSITION

### AS AT 31 DECEMBER 2020

| | Note | 2020 USD | 2019 USD |
|---|---|---|---|
| **ASSETS** | | | |
| **Current Asset** | | | |
| Trade and other receivables | 9 | 25,482,621 | - |
| Cash and cash equivalents | 8 | 4,856,873 | 1,578 |
| Total Current Asset | | 30,339,494 | 1,578 |
| **Total Assets** | | 30,339,494 | 1,578 |
| | | | |
| **LIABILITIES** | | | |
| **Current Liabilities** | | | |
| Trade and other payables | 10 | 27,432,046 | 10,800 |
| Amounts due to members' | 10 | 959,379 | - |
| Total Current Liabilities | | 28,391,425 | 10,800 |
| **Total Liabilities** | | 28,391,425 | 10,800 |
| | | | |
| **Equity** | | | |
| Retained Earnings | | 1,948,069 | (9,222) |
| **Total Equity** | | 1,948,069 | (9,222) |
| **Net Assets due to members** | | - | - |
| | | | |
| **TOTAL MEMBERS' INTERESTS** | | | |
| Amount due to members | | 959,379 | - |
| | | | |
| **Total Liabilities and Equity** | | 30,339,494 | 1,578 |

The financial statements on pages 8 to 11 were approved and authorized for issue by the members and were signed on its behalf by:

DocuSigned by:

*Sergio Fogel*

34BA89ED71SD4E5...

S. Fogel

Date: **03/24/2022**

The notes on pages 12 to 26 form part of these financial statements.

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**MEMBER'S EQUITY**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

|  | Members' other reserves USD | Total USD |
|---|---|---|
| **Balance at 1 January 2019** | - | - |
| Profit for the year | (9,222) | (9,222) |
| Profit allocated to members | - | - |
| **Balance at 31 December 2019** | (9,222) | (9,222) |
|  |  |  |
| **Balance at 1 January 2019** | (9,222) | (9,222) |
| Profit for the year | 5,516,644 | 5,516,644 |
| Profit allocated to members | (3,559,353) | (3,559,353) |
| **Balance at 31 December 2020** | 1,948,069 | 1,948,069 |

The notes on pages 12 to 26 form part of these financial statements.

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

## DLOCAL CORP LLP

## CASH FLOW STATEMENT

## FOR THE YEAR ENDED 31 DECEMBER 2020

|  | 2020 | 2019 |
|---|---|---|
|  | USD | USD |
| **Cash Flows from Operating Activities** |  |  |
| Profit for the year | 5,516,644 | (9,222) |
|  |  |  |
| **Adjustments for:** |  |  |
| Increase in trade and other receivables | (25,482,621) | - |
| Increase in trade and other payables | 28,380,625 | 10,800 |
| **Net Cash Flow from Operation Activities** | 8,414,648 | 1,578 |
|  |  |  |
| **Cash Flow from Financing Activities** |  |  |
| Members profit distribution | (3,559,353) | - |
| **Net Cash used in Financing Activities** | (3,559,353) | - |
|  |  |  |
| **Net increase in Cash and Cash equivalents** | 4,855,295 | 1,578 |
|  |  |  |
| **Cash and Cash Equivalents at End of the Year** | 4,856,873 | 1,578 |
|  |  |  |
| **Cash and Cash Equivalents at End of the Year comprise of:** |  |  |
| Cash at bank and on hand | 4,856,873 | 1,578 |
|  | 4,856,873 | 1,578 |

The notes on pages 12 to 26 form part of these financial statements.

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**NOTES TO THE FINANCIAL STATEMENTS**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

### 1. General information

DLOCAL CORP LLP ("the CORP LLP"), is a Limited Liability Partnership incorporated in England and Wales, registration number OC424978. The registered office is c/o Preiskel & Co LLP, 4 King's Bench Walk, London, EC4Y 7DL.

The principal activity of the CORP LLP is the provision of cross-border payments services for e-commerce merchants and payment service providers.

dLocal Limited is a holding company, referred to together with its subsidiaries as the "Group". dLocal is a limited liability company. The Group was established on October 5, 2016, under the holding company dLocal Group Limited, domiciled and incorporated in Malta, and on April 14, 2021 it was reorganized under dLocal, domiciled and incorporated in the Cayman Islands. dLocal Limited is the ultimate controlling party of the Group, being DLOCAL CORP LLP an indirect subsidiary of dLocal Limited.

### Basis of preparation

The financial statements have been prepared in accordance with International Financial Reporting Standards ('IFRS'), International Accounting Standards ('IAS') and interpretations currently endorsed by the international Accounting Standards Board ('IASB') and its committees as adopted by the EU and as required to be adopted by UK entities. They have been prepared under the historic cost convention except for the revaluation of certain financial instruments. The principal accounting policies adopted in the preparation of these financial statements are set out below.

These financial statements are presented in US Dollars ($) as this is the currency of the primary economic environment in which The CORP LLP operates.

### 2. Accounting policies

The following principal accounting policies have been consistently applied in dealing with items that are considered material in relation to the financial statements. Adoption of new accounting standards and accounting standards issued, but not yet effective, are dealt with in note 2.2.

### 2.1 Significant accounting policies

### Going concern

During the first trimester of 2020, the World Health Organization declared a global pandemic due to the appearance of COVID-19 virus. This situation, besides health issues inherent to people, has brought financial problems to many businesses which had to evaluate amongst others, their capacity over time, putting the going concern principle on risk.

The financial statements have been prepared on a going concern basis. The members of the Board of Directors have considered relevant information, including the annual budget, forecast of cash flows and the future cash flows and the impact of subsequent events in making your assessment. The COVID-19 pandemic has not had a impact on the Company's operations. However, the members of the Board of Directors have carried out a sound analysis of expected future cash flows, taking into account the potential impact on the business of possible future scenarios arising from the impact of COVID-19. This analysis also considers the effectiveness of available measures to help mitigate the impact.

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

## NOTES TO THE FINANCIAL STATEMENTS

## FOR THE YEAR ENDED 31 DECEMBER 2020

### Going concern (continued)

Based on these assessments and taking into account the resources available to the Company, the members of the Board of Directors have concluded that there is no material uncertainty and that they can continue to make the business in progress in the preparation of its financial statements.

### Cash and cash equivalents

Cash and cash equivalents comprise call deposits with maturities of three months or less from the acquisition date that are subject to an insignificant risk of changes in their fair value and are used by the Company in the management of its short-term commitments.

### Trade and other receivables

Trade receivables comprise amounts due from customers for services rendered/goods sold in the ordinary course of business. The fair value of trade and other receivable is estimated at the present value of future cash flows, discounted at the market rate of interest at the reporting date.

### Foreign currencies

Transactions denominated in foreign currencies are recorded at the rate of exchange ruling at the date of the transaction. Monetary assets and liabilities denominated in foreign currencies at the reporting date are retranslated to the relevant functional currency at the rates ruling at that date.

The assets and liabilities of foreign operations are translated at exchange rates prevailing on the reporting dates. Income and expense items are translated at the average exchange rates for the year, unless exchange rates fluctuate significantly during that year, in which case the exchange rates at the date of transactions are used. Exchange differences arising on the retranslation of foreign operations are recognised in other comprehensive income and accumulated in equity.

### Administrative expenses

Administrative expenses consist primarily of, third-party services, office expenses, travel and accommodation expenses, and other operating expenses

### Cost of sales

Our cost of services consists of amounts related to the fees that financial institutions (e.g. banks, local acquirers, or payment methods) charge us, which are typically a percentage of the transaction value, but in some instances may also include a fixed fee, and are related to payment processing, cash advances and installment payments. Such costs vary from one institution to another, and usually depend on the settlement period contracted with each such institution and the payment method used.

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**NOTES TO THE FINANCIAL STATEMENTS**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

**Revenue**

dLocal provides payment processing services to merchants who conduct business in emerging markets as follows:

- dLocal specializes in local payments so that merchants can reach consumers located in those markets. On a recurring basis merchants and their customers are exchanging goods and services while dLocal provides the payment solution to that relationship. dLocal does not have any obligation to provide such goods or services between the merchant and its customer but is responsible for processing payments through its platform.

- dLocal only processes the payment through its platform when a complete authorization request was made by the merchants. The authorization request shall be made by transmitting the authorization data of the transaction to dLocal.

- dLocal contracts with service providers for the authorization, processing and settlement services performed by payment schemes networks and card issuers.

- dLocal is not responsible for the credit risk or the chargebacks risk of the cardholder (i.e., the merchant customer). The merchant is responsible for the credit checks.

dLocal earns revenues from fees charged to merchants in connection with payment processing services for cross-border and local payment transactions in emerging markets. These fees are primarily generated on a per approved transaction basis as either a fixed fee per transaction or fixed percentage per transaction. dLocal also earns additional fees on cross-border transactions (i.e., transactions in which the merchant and its customer are in different countries) for which we perform foreign currency conversion and transfer of funds between the merchant home country and the emerging market country where the end user is.

Foreign currency conversion fees are usually determined based on a fixed percentage of the transaction value. dLocal's service offering comprises a single performance obligation to complete payments via its platform for merchants and their customers.

Revenues from contracts with customers are recognized as control of services are transferred to the customer at an amount that reflects the consideration to which the Group expects to be entitled in exchange for those services in the ordinary course of Group's activities.

The Group applies the following five steps:

1. Identification of the contract with a client
2. Identification of the performance obligations in the contract
3. Determination of the transaction price
4. Allocation of the transaction price to the performance obligations in the contract
5. Recognition of revenue when or as the entity satisfies a performance obligation. The performance obligation is considered to be satisfied upon the completion of the each transaction.

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**NOTES TO THE FINANCIAL STATEMENTS**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

**Revenue (continued)**

dLocal performs two types of transactions:

- Payins: are transactions where dLocal collects money in local currency in emerging markets countries from the merchant's customers and makes it available for merchants in their requested currency and country, which is often U.S. Dollars or European Euro, after a settlement period. Revenue for this type of transaction is recognized when the authorized transaction is processed (local currency collected from the merchant's customer). This type of revenue is recognized at a point in time.

- Payouts: are transactions where dLocal collects money from its merchants in the countries and currencies of preference and then disburses money in local currency in emerging markets countries to the merchant's customers. Revenue for this type of transaction is recognized upon completing the payout of an authorized transaction in local currency. This type of revenue is recognized at a point in time.

Our contracts with merchants are usually open-ended and can be terminated by either party without a termination penalty after the notice period has lapsed. Our contracts are, therefore, defined at the transaction level and do not extend beyond the service already provided.

Revenue from contracts with merchants comprises:

**Transaction revenues**

We recognize fees charged to merchants as transaction revenue and fees we incur in processing payments as cost of services. Fees earned from merchants are presented as revenue due to the following considerations which indicate we control the payment processing services:

- We bear primary responsibility to merchants for the fulfillment of the payment service.

- We contract directly with merchants and there is no contractual relationship between merchants and payment processors (i.e., our service providers).

- We have independently negotiated arrangements with payment processors.

- Our established fees are independent of the costs we incur from payment processors and we, therefore, have full margin risk for each transaction.

- In cross border transactions, we or the merchants may bear foreign exchange risk depending on each agreement. The foreign currency conversion fees charged to merchants are based on a fixed fee per transaction or fixed percentage of the transaction value. The risk of foreign currency fluctuation, when applicable, occurs from the time the transaction is authorized until we collect the money from the processor (for payins) and from the time we receive the money from the merchant until we convert the money to local currency (for payouts).

- We bear credit risk from the agents and third-party processors, acquirers and collection agents for the payment settlement. These processors collect funds from consumers' financial institutions and are required to pay the proceeds from these transactions. dLocal is not insured against credit losses. If a processor or acquirer becomes insolvent, files for bankruptcy, commits fraud or otherwise fails to pay amounts owed to dLocal when due, dLocal must nonetheless process the payment transaction for the benefit of merchants and end consumers. Merchants are liable for any charges properly reversed by the card issuer on behalf of the cardholder.

16

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**NOTES TO THE FINANCIAL STATEMENTS**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

### Revenue (continued)

Transaction revenues are recognized as revenue at a point in time when an authorized payment transaction is processed.

### Other revenues

Other revenues are mainly composed of minor fees, such as an initial setup fee, installment fee, minimum monthly fee, charge backs fee, refunds fee and small transfer fees. Other revenues are recognized at a point in time when the respective performance obligation is satisfied.

### Taxation

Taxation payable on profits of the CORP LLP is solely the personal liability of the members and is therefore not dealt with in these financial statements.

### Financial instruments

Financial assets and financial liabilities are recognised in the Statement of Financial Position when the CORP LLP become party to the contractual provisions of the instrument.

*Financial assets*

Financial assets are classified into the following specified categories: financial assets 'at fair value through profit or loss', 'at amortized cost' and 'at fair value through other comprehensive income'. The classification depends on the nature and purpose of the financial assets and is determined at the time of initial recognition. the CORP LLP holds financial assets at fair value through profit or loss and at amortized cost.

Information on the fair value methods used by the CORP LLP can be found in note 10.

Loans and receivables are initially measured at transaction price and are subsequently measured at amortised cost using the effective interest rate method, less any impairment. Interest income is recognised by applying the effective interest rate.

### Impairment of financial assets

The CORP LLP assets, at the reporting date, if there is objective evidence that a financial asset or a group of financial assets is impaired. The CORP LLP recognizes an allowance for expected credit losses ("ECLs") for all debt instruments not held at fair value through profit or loss.

ECLs are based on the difference between the cash flows contractually due and all the cash flows that the Group expects to receive, discounted at the original effective interest rate. The expected cash flows will include cash flows from the sale of collateral held or other credit enhancements that are integral to the contractual terms.

The CORP LLP applies a simplified approach on trade and other receivables in calculating ECLs, therefore, the Group does not track changes in credit risk, but instead recognizes a loss allowance based on lifetime ECLs and on segmentation of trade receivables. The CORP LLP uses historical loss experience in trade receivable and adjusts historical loss rates to reflect information about current conditions and reasonable and bearable forecasts of future economic conditions.

16

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**NOTES TO THE FINANCIAL STATEMENTS**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

**Financial liabilities**

Financial liabilities are classified as either financial liabilities at 'fair value through profit and loss' or 'other financial liabilities' at initial recognition. All financial liabilities held by the Group and CORP LLP are classified as other financial liabilities.

Other financial liabilities, which comprise trade and other payables, are initially measured at fair value, net of transaction costs, and subsequently measured at amortised cost using the effective interest method, with interest expense recognised on an effective yield basis.

**Judgements in applying accounting policies and key sources of estimation uncertainty**

No significant judgements have been made by management in preparing these financial statements.

**Members' Interests**

*Members' capital*

Capital requirements are determined by the members. Capital is not repayable except upon the termination or liquidation of the CORP LLP. Members' capital is classified as Equity. No interest is paid on capital.

*Allocation of profits*

Profits will be allocated between members in the proportions set out in the CORP LLP agreement as soon as the accounts for the relevant financial year are approved by the members.

Losses will be borne by the CORP LLP. Any losses allocated to a member may not, in aggregate, exceed an amount equal to their Capital Contribution.

*Amounts due to/from members*

Current amounts due to and from members are stated at their nominal value as this approximates the amortised cost.

Where a members' drawings differ from the profit allocation, the net amount is held under assets/liabilities within amounts due to/from members.

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**NOTES TO THE FINANCIAL STATEMENTS**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

### 2.2 New standards adopted by the CORP LLP

The new and amended IFRS Standards that are effective for the current year are the following:

- Definition of Material - Amendments to IAS I and IAS 8

- Definition of a Business – Amendments to IFRS 3.

- Revised Conceptual Framework for Financial Reporting.

The following new standards, interpretations and amendments, which are not yet effective and have not been adopted early in these financial statements, will or may have an effect on the Company's future financial statements:

- IFRS 1 - First-time adoption of International Financial Reporting Standards - Amendments - 1 January 2022

- IFRS 3 - Conceptual Framework - Amendments - 1 January 2022

- IFRS 9 - Financial Instruments - Amendments - 1 January 2022

- IAS 16 - Property, Plant and Equipment - Amendments - 1 January 2022

- IAS 37 - Provisions, Contingent Liabilities and Contingent Assets - Amendments - 1 January 2022

- IAS 39 - Financial Instruments: Recognition and Measurement - Amendments - 1 January 2021.

### 3 Revenue

The CORP LLP's revenue, which is all attributable to their principal activity, can be split as follows:

|  | 2020 |
| --- | --- |
|  | USD |
| **Geographical markets** |  |
| LatAm | 9,747,306 |
| Other emerging markets | 1,153,374 |
|  | 10,900,680 |
|  |  |
| **Service types** |  |
| Commissions | 4,704,016 |
| Forex fees and gains | 3,913,471 |
| Other income | 325,901 |
|  | 8,943,388 |

Revenue is recognised in the year in which services are rendered by reference to the stage of completion of the contract. So, the revenue is generated at "a point in time". Revenue is only recognised where the CORP LLP has a contractual right to receive consideration for work undertaken and the amount can be reliably measured, and it is probable that future economic benefits will flow (In accordance to IFRS 15).

18

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**NOTES TO THE FINANCIAL STATEMENTS |**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

**4 Staff**

The Company has no employees. The staff involved in the Company's operations are all employees of DLocal Technologies.

**5 Cost of sales**

Mainly corresponds to fees that financial institutions (banks, local acquirers or payment methods) charge, which are typically a percentage of the transaction value but in some instances, it also could be a fixed fee and are related to payment processing, cash advances, and installment payments. It varies from one institution to another and usually depends on the settlement period contracted with each such institution and the payment method used.

**6 Expenses classified by nature**

|  | 2020 | 2019 |
|---|---|---|
| Subcontractor costs | 394,561 | - |
| Legal, professional and consultancy | 363,242 | - |
| Bank charges | 10,212 | 2,714 |
| Auditors remuneration | 16,500 | - |
| Advertising/Promotional | 30,583 | - |
| IT Expenses | 112,020 | - |
| Taxes | 221,162 | - |
| Other | 175,556 | 6,508 |
|  | 1,323,836 | 9,222 |

**7 Members' remuneration**

|  | 2020 |
|---|---|
| Total members' remuneration | 3,559,353 |
| Average members' remuneration | 1,779,677 |
| Average number of members during the period | 2 |

**8 Cash and cash equivalents**

|  | 2020 | 2019 |
|---|---|---|
| Bank Accounts USD | 4,851,743 | 1,578 |
| Bank Accounts EUR | 5,130 | - |
|  | 4,856,873 | 1,578 |

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**NOTES TO THE FINANCIAL STATEMENTS |**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

**9 Trade and other receivables**

|  | 2020 |
|---|---|
| Trade receivables | 1,063,678 |
| Related Parties | 24,035,610 |
| Prepayments | 383,333 |
|  | 25,482,621 |

The fair value of trade and other receivable is not materially different from the carrying value.

Amounts receivable from trade customers are/non-interest bearing and are generally on 1 to 31 day terms.

The ageing and credit risk relating to trade receivables in analysed as follows:

|  | 2020 |
|---|---|
| Aging: |  |
| 30 days or less | 25,482,621 |
|  | 25,482,621 |

The maximum exposure to credit risk at the reporting date is the carrying value thereof. The CORP LLP does not hold any collateral as security.

Note 12 includes disclosures relating to the credit risk exposures and analysis relating to the allowance for expected credit losses.

**10 Trade and other payables**

|  | 2020 | 2019 |
|---|---|---|
| Trade payables | 6,676,024 | 10,800 |
| Amounts due to related parties | 17,515,560 | - |
| Accurals | 3,240,462 | - |
|  | 27,432,046 | 10,800 |

The fair value of trade and other payables is not materially different to the carrying value.
Amounts due to related parties are interest free and repayable on demand.

**Amounts due from members**

Amounts due to members are initially measured at the fair value of the accounts payable and are subsequently held at amortized cost less impairment for any foreseeable loss. No interest is charged on these loans.

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

## NOTES TO THE FINANCIAL STATEMENTS

## FOR THE YEAR ENDED 31 DECEMBER 2020

### 11 Members' interests

|  | Members' other reserves (USD) | Amounts due to members (USD) | Total 2020 (USD) |
|---|---|---|---|
| Profit for the year | 5,516,644 | - | 5,516,644 |
| Profit allocated to members | (3,559,353) | 3,559,353 | - |
|  | 1,957,291 | 3,559,353 | 5,516,644 |

|  | Members' other reserves (USD) | Amounts due to members (USD) | Total 2019 (USD) |
|---|---|---|---|
| Profit for the year | (9,222) | - | (9,222) |
|  | (9,222) | - | (9,222) |

### 12 Financial instruments and risk management

CORP LLP has exposure to the following risks from its use of financial instruments:

- Credit risk
- Liquidity risk
- Market risk

The management has overall responsibility for the establishment and oversight of the risk management framework.

The principal financial instruments are trade and other receivables, cash and cash equivalents, trade and other payables and members' debt. The carrying amounts of financial instruments are listed below.

|  | 2020 | 2019 |
|---|---|---|
| **Financial Asset** |  |  |
| Cash and cash equivalents | 4,856,873 | 1,578 |
| Trade and other receivables | 25,482,621 | - |
|  | 30,339,494 | 1,578 |
| **Financial Liabilities** |  |  |
| Trade and other payables | 27,432,046 | 10,800 |
| Amount due to members | 959,379 | - |
|  | 28,391,425 | 10,800 |

Allowance for doubtful debts has been established based on the risk analysis of each of the debtors in accordance with IFRS 9. The company does not expect, in relation to the operative of the company, to have credit losses.

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**NOTES TO THE FINANCIAL STATEMENTS**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

**12 Financial instruments and risk management (continued)**

**Capital risk management**

The CORP LLP manages its capital to ensure it is able to continue as a going concern while maximising the return to stakeholders.

The capital structure of The CORP LLP consists of cash and cash equivalents and equity and debt attributable to members.

The CORP LLP is not subject to any externally imposed capital requirements.

**Financial risk management objectives**

The CORP LLP's finance function is responsible for all aspects of treasury, It coordinates access to financial markets, and monitors and manages the financial risks relating to the operations of the CORP LLP through internal reports which analyse exposures by degree and magnitude, The risks reviewed include market risk (including currency risk, fair value risk and interest rate risk), credit risk, liquidity risk and cash flow interest rate risk.

**Foreign currency risk management**

The carrying amounts of the CORP LLP's foreign currency denominated monetary assets and monetary liabilities at the relevant period end date are as zero.

**Credit risk**

The CORP LLP has adopted a policy of only dealing with creditworthy counter parties and limiting the aggregate amount and duration of exposure to any one counterparty, The CORP LLP's other significant credit risk relates to client receivables, please see note 7.

Credit risk is managed by maintaining close contact with each client and by routine billing and cash collection work done.

**Liquidity risk management**

Liquidity risk is the risk that The CORP LLP will encounter difficulty in meeting obligations associated with financial liabilities. To counter this risk The CORP LLP monitors cash flow on a regular basis.

|  | 2020 | Less than 6 months | 6-12 months |
|---|---|---|---|
| **Assets** | | | |
| Trade and other receivables | 25,482,621 | 25,482,621 | - |
| **Liabilities** | | | |
| Trade and other payables | 27,432,046 | 27,432,046 | - |

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**NOTES TO THE FINANCIAL STATEMENTS**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

**Fair value of financial instruments**

Fair value of financial instruments carried at amortized cost.

The members consider that the carrying amounts of financial instruments recorded at amortized cost in the Financial Statements approximate their fair values,

Valuation techniques and assumptions are applied for the purposes of measuring fair value, The fair values of financial assets and financial instruments are determined as follows:

- The fair values of financial assets and financial liabilities with standard terms and conditions and traded on active liquid markets are determined with reference to quoted market prices (includes listed redeemable notes, bills of exchange, debentures and perpetual notes).

- The fair values of other financial assets and financial liabilities (excluding derivative instruments) are determined in accordance with generally accepted pricing models based on discounted cash flow analysis using prices from observable current market transactions and dealer quotes for similar instruments.

**Fair value measurements recognized in the statement of financial position**

The CORP LLP categorizes fair value measurements into Levels 1 to 3 is based on the degree to which their fair value is observable:

- Level 1 fair value measurements are those derived from quoted prices (unadjusted) in active markets for identical assets or liabilities;

- Level 2 fair value measurements are those derived from inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly (i,e, as prices) or indirectly (i,e, derived from prices); and

- Level 3 fair value measurements are those derived from valuation techniques that include inputs for the asset or liability that are not based on observable market data (unobservable inputs).

The financial instruments held by The CORP LLP that are measured at fair value and relate to financial assets/(liabilities) measured at fair value through profit and loss (FVTPL) using methods associated with Level 2.

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

## DLOCAL CORP LLP

### NOTES TO THE FINANCIAL STATEMENTS

### FOR THE YEAR ENDED 31 DECEMBER 2020

### Market risk

Market risk is the risk that the fair value or future cash flows of a financial instrument will fluctuate because of changes in market prices. For the CORP LLP, market risk may comprise interest rate risk and foreign currency risk and other price risk, such as equity price risk.

The objective of market risk management is to manage and control market risk exposures within acceptable parameters, while optimizing the return.

### Interest Rate Risk

This risk arises from the possibility of the CORP LLP incurring losses due to fluctuations in interest rates in respect of fair value of future cash flows of a financial instrument. The Company's cash flows are not exposed to interest rate risk since there are no financial instruments with variable interest rate and debt instruments are measured at fair value through profit and loss.

### 13 Related party transactions

During the year ended 31 December 2020, CORP LLP entered into the following transactions with the related parties. The table also includes outstanding balances as at year end. All of the following related parties including CORP LLP are members of the Dlocal group.

| Receivables | Transactions | Balance at 31 Dec 2020 |
|---|---|---|
| Dlocal Brasil Pagamentos Ltda | 16,854,686 | 1,852,124 |
| Demerge Brasil Facilitadora de Pagamentos Ltda | 3,877,966 | - |
| Dlocal Argentina S A | 33,679,534 | 10,764,641 |
| Dlocal Limited | 6,678 | 3,477,267 |
| Demerge Mexico S.A. de C.V | 9,589,076 | 407,137 |
| Pagos y Servicos Limitada | 24,102,647 | 3,427,207 |
| Dlocal Chile SPA | 1,287,000 | 1,177,706 |
| Dlocal Colombia SAS | 6,279,624 | 45,022 |
| Demerge Peru S.A.C | 9,210,210 | 878,991 |
| Depansum Solutions Private Limited | 1,551,201 | 369,348 |
| Dlocal Uruguay S.A. | 10,151,893 | 1,635,994 |
| Demerege Ecuador S.A. | 885,211 | - |
| Dlocal Morocco SAR L AU | 163 | 163 |
| D-local Panamá S .A | 11 | 11 |
| | | 24,035,610 |

| Payables | Transactions | Balance at 31 Dec 2020 |
|---|---|---|
| Dlocal LLP | 1,241,336 | 15,924,116 |
| Dlocal Technologies | 519,758 | 206,933 |
| Dlocal Israel | 35,065 | 6,043 |
| Dlocal Brasil Pagamentos Ltda | 415,831 | 131,357 |
| Demerge Brasil Facilitadora de Pagamentos Ltda | 81,337 | 39,617 |
| Dlocal Argentina SA | 2,072,582 | 443,182 |
| Demerge Mexico S.A. de C.V | 250,656 | 67,751 |
| Dlocal Mexico S.A. de C.V. | 269 | 269 |
| Pagos y Servicos Limitada | 601,479 | 193,420 |
| Dlocal Chile SPA | 42,775 | 9,885 |
| Dlocal Colombia SAS | 178,669 | 37,753 |
| Demerge Peru S.A.C | 293,178 | 37,159 |
| Depansum Solutions Private Limited | 31,171 | 31,171 |
| Dlocal Uruguay S.A. | 1,111,292 | 382,583 |
| Dlocal Egypt LLC | 668 | 668 |
| Demerege Ecuador S.A. | 15,644 | 2,187 |
| Dlocal Morocco SAR L AU | 978 | 978 |
| D-local Panamá S .A | 165 | 11 |
| Demerge Nigeria Limited | 477 | 477 |
| | | 17,515,559 |

DocuSign Envelope ID: 9D0649C7-C4F3-4888-9752-59A9CFF9AA7F

**DLOCAL CORP LLP**

**NOTES TO THE FINANCIAL STATEMENTS**

**FOR THE YEAR ENDED 31 DECEMBER 2020**

**14 Comparative amounts**

The Company has started operations only from 1 July 2020 with no significant transactions in the prior year.

**15 Controlling party**

The ultimate controlling party of The CORP LLP is DLocal Limited, incorporated in the Cayman Islands. The financial statements of DLocal Limited can be obtained on the website: https://investor.dlocal.com/financials/quarterly-reports-annual-reports/#sec-filings

**16 Subsequent Events**

No events or transactions have occurred after the closing date of the financial period that need to be considered or disclosed in these financial statements.