# EXHIBIT E

C77538/19



MT

0 1 JUL 2021

# DLOCAL LIMITED

## ANNUAL REPORT AND
## FINANCIAL STATEMENTS

### DECEMBER 31, 2020

Company Reg No. C 77538

**DLOCAL LIMITED**

**ANNUAL REPORT AND FINANCIAL STATEMENTS**

**DECEMBER 31, 2020**

|  | Page |
|---|---|

| | Page |
|---|---|
| **Annual report:** | |
| Directors' report | 1 |
| Directors' responsibilities for the financial statements | 3 |
| **Independent auditors' report** | 4 |
| **Financial statements:** | |
| Statements of comprehensive income | 8 |
| Statements of financial position | 9 |
| Statements of changes in equity | 10 |
| Statements of cash flows | 11 |
| Notes to the financial statements | 12-32 |

# DLOCAL LIMITED

## DIRECTORS' REPORT
## FOR THE YEAR ENDED DECEMBER 31, 2020

**Board of Directors:**

Mr  Sergio Enrique Fogel Kaplan
Mr  Anthony Fisher (resigned on 30th June 2020)
Mr. Simon Vella
Dr. Davina Cutajar (appointed on 5th May 2020)

The Directors present herewith their annual report together with the audited financial statements of the Company for the year ended December 31, 2020.

### Principal activities

The Company's principal activity, which has remained unchanged from the previous accounting year, is to act as a recognised cross-border payments processor, enabling international merchants' access to end users (customers) in emerging markets.

Being part of the Dlocal Group, the Company focuses on providing alternative payment methods to end users who are typically unbanked or underbanked, and therefore do not have international credit/debit cards and find it difficult to purchase digital goods on international websites

The Company serves international e-commerce merchants and payment service providers  The Company assists these companies sell digital goods to and collect payments from end users located in high growth markets.

The Company offers several alternative payment methods, through collaboration and technical integration with regional financial institutions and acquiring banks, such as-

(i)      locally issued credit and debit cards,
(ii)     online bank transfers from the end users' bank accounts; and
(iii)    invoices issued by the merchant, paid by the user in local regulated banks.

Leveraging its position as a recognised payments provider in Latin America, the Group's strategy is to continue its sustainable expansion into other high growth markets.

### Review of business

During the current year, the Company continued expanding its business activities profitably by growing its existing portfolio of accounts through the addition of new products and geographies, and by signing up new merchants in high growth verticals such as e-commerce and digital products. The Directors envisage the Company to continue with the same focus on merchants (EU based), industries served (e-commerce, Payment Service Providers), and products (pay-ins and pay-outs), which will allow the Company to continue growing substantially in the foreseeable future.

### COVID-19

The Coronavirus (COVID-19) pandemic is affecting economic and financial markets worldwide, and virtually all industries are facing challenges associated with the economic conditions resulting from efforts to address it

The Directors have assessed the effects of COVID-19 on the company's operations, and although these may be adversely affected in the short -term, the long-term assessment is that the company's assets will be preserved and consequently the going concern basis applied to these financial statements is still applicable.

1

**DLOCAL LIMITED**

**DIRECTORS' REPORT**
**FOR THE YEAR ENDED DECEMBER 31, 2020**

**Results, dividends and reserves**

The results for the year and the movement on the reserves are as set out on pages 8 and 10 of the financial statements, respectively. A net interim dividend of USD 13,717,487 was declared during the year   No final dividend is being recommended.

**Directors**

The Directors listed above served in office throughout the year  In accordance with the company's Articles of Association, the Directors at date of this report are to remain in office.

**Auditors**

PwC Malta have intimated their willingness to continue in office. A proposal to reappoint PwC Malta as auditors of the Company will be put to the General Meeting

Approved by the Board of Directors on 30 April 2021 and signed on its behalf by:

Dr  Davina Cutajar
**Director**

Mr. Simon Vella
**Director**

Cornerstone Business Centre – Level 4,
16th September Square,
Mosta MST 1180,
Malta

**DLOCAL LIMITED**

**DIRECTORS' RESPONSIBILITIES FOR THE FINANCIAL STATEMENTS**

The Companies Act, 1995 (Chapter 386, Laws of Malta) (the "Act") requires the Directors to prepare financial statements for each financial period which give a true and fair view of the financial position of the Company as at the end of the financial period and of the profit or loss of the Company for that period in accordance with the requirements of International Financial Reporting Standards as adopted by the EU

In preparing these financial statements, the Directors are required to:

- adopt the going concern basis unless it is inappropriate to presume that the Company will continue in business,

- select suitable accounting policies and apply them consistently;

- make judgements and estimates that are reasonable and prudent,

- account for income and charges relating to the accounting period on the accruals basis;

- value separately the components of asset and liability items; and

- report comparative figures corresponding to those of the preceding accounting period.

The Directors are responsible for keeping proper accounting records which disclose with reasonable accuracy at any time the financial position of the Company and to enable them to ensure that the financial statements comply with the Companies Act (Cap. 386) enacted in Malta. This responsibility includes designing, implementing and maintaining such internal control as the Directors determine is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error  The Directors are also responsible for safeguarding the assets of the Company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities

Signed on behalf of the Board of Directors on 30 April 2021 by:

Dr  Davma Cutajar                                    Mr. Simon Vella
**Director**                                              **Director**

3



# pwc

# *Independent auditor's report*

To the Shareholders of Dlocal Limited

## *Report on the audit of the financial statements*

### *Our opinion*

In our opinion:

- Dlocal Limited's financial statements give a true and fair view of the Company's financial position as at 31 December 2020, and of the Company's financial performance and cash flows for the year then ended in accordance with International Financial Reporting Standards ('IFRSs') as adopted by the EU; and
- The financial statements have been prepared in accordance with the requirements of Maltese Companies Act (Cap. 386).

### What we have audited

Dlocal Limited's financial statements, set out on pages 8 to 32, comprise:

- the statement of financial position as at 31 December 2020;
- the statement of comprehensive income for the year then ended;
- the statement of changes in equity for the year then ended;
- the statement of cash flows for the year then ended; and
- the notes to the financial statements, which include a summary of significant accounting policies.

### *Basis for opinion*

We conducted our audit in accordance with International Standards on Auditing (ISAs). Our responsibilities under those standards are further described in the *Auditor's Responsibilities for the Audit of the Financial Statements* section of our report.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

### Independence

We are independent of the Company in accordance with the International Ethics Standards Board for Accountants' Code of Ethics for Professional Accountants (IESBA Code) together with the ethical requirements of the Accountancy Profession (Code of Ethics for Warrant Holders) Directive issued in terms of the Accountancy Profession Act (Cap. 281) that are relevant to our audit of the financial statements in Malta. We have fulfilled our other ethical responsibilities in accordance with these Codes.

4



## Independent auditor's report - continued

To the Shareholders of Dlocal Limited

### Emphasis of matter

We draw attention to Note 2.1 that deals with the basis of preparation of the financial statements and the events that occurred by the end of the financial year ended 31 December 2020. At 31 December 2020, the regulatory capital resource requirement exceeded the Company's actual own funds but this was rectified by the date of approval for issuance of the financial statements. This matter is considered of fundamental importance to the understanding of the financial statements, due to its nature and significance. Our opinion is not modified in respect of this matter.

### Other Information

The directors are responsible for the other information. The other information comprises the directors' report, which we obtained prior to the date of this auditor's report.

Our opinion on the financial statements does not cover the other information, including the directors' report.

In connection with our audit of the financial statements, our responsibility is to read the other information identified above and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit, or otherwise appears to be materially misstated.

With respect to the directors' report, we also considered whether the directors' report includes the disclosures required by Article 177 of the Companies Act (Cap. 386).

Based on the work we have performed, in our opinion:

- The information given in the directors' report for the financial year for which the financial statements are prepared is consistent with the financial statements; and
- the directors' report has been prepared in accordance with the Companies Act (Cap. 386).

In addition, in light of the knowledge and understanding of the Company and its environment obtained in the course of the audit, we are required to report if we have identified material misstatements in the directors' report and other information that we obtained prior to the date of this auditor's report. We have nothing to report in this regard.

### Responsibilities of the directors for the financial statements

The directors are responsible for the preparation of financial statements that give a true and fair view in accordance with IFRSs as adopted by the EU and the requirements of the Maltese Companies Act (Cap. 386), and for such internal control as the directors determine is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the directors are responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the directors either intend to liquidate the Company or to cease operations, or have no realistic alternative but to do so.

5



## pwc

*Independent auditor's report* - continued

To the Shareholders of Dlocal Ltd

---

### *Auditor's responsibilities for the audit of the financial statements*

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs, we exercise professional judgement and maintain professional scepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.

- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the directors.

- Conclude on the appropriateness of the directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditor's report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditor's report. However, future events or conditions may cause the Company to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

6



## *Independent auditor's report* - *continued*
To the Shareholders of Dlocal Limited

---

### *Report on other legal and regulatory requirements*

The *Annual Report and Financial Statements 2020* contains other areas required by legislation or regulation on which we are required to report.  The Directors are responsible for these other areas.

The table below sets out these areas presented within the Annual Report, our related responsibilities and reporting, in addition to our responsibilities and reporting reflected in the *Other information* section of our report. Except as outlined in the table, we have not provided an audit opinion or any form of assurance.

---

### *Other matter – use of this report*

Our report, including the opinions, has been prepared for and only for the Branch Management as a body in accordance with Article 179 of the Maltese Companies Act (Cap. 386) and for no other purpose. We do not, in giving these opinions, accept or assume responsibility for any other purpose or to any other person to whom this report is shown or into whose hands it may come save where expressly agreed by our prior written consent.

**PricewaterhouseCoopers**
78, Mill Street
Zone 5, Central Business District
Qormi
Malta

Fabio Axisa
Partner

30 April 2021

7

# DLOCAL LIMITED

## STATEMENT OF COMPREHENSIVE INCOME
## FOR THE YEAR ENDED DECEMBER 31, 2020

|  | Note | 2020 USD | 2019 USD |
|---|---|---|---|
| **Revenues** | 3 | **46,710,059** | 33,242,273 |
| Cost of services | 4 | **(21,500,577)** | (13,852,730) |
| **Gross profit** |  | **25,209,482** | 19,389,543 |
| Administrative overheads | 4 | **(4,226,327)** | (2,841,453) |
| **Operating profit** |  | **20,983,155** | 16,548,090 |
| Net fair value movement in financial assets measured at fair value through profit or loss | 8 | **11,313** | 67,008 |
| Finance income | 5 | **47,194** | 42,123 |
| **Profit before income tax** |  | **21,041,662** | 16,657,221 |
| Income tax expense | 6 | **(7,324,175)** | (5,827,007) |
| **Profit for the year** |  | **13,717,487** | 10,830,214 |
| **Total comprehensive income for the year** |  | **13,717,487** | 10,830,214 |

The notes on pages 12 to 32 form an integral part of these financial statements

**DLOCAL LIMITED**

**STATEMENT OF FINANCIAL POSITION
AT DECEMBER 31, 2020**

| | Note | 2020 USD | 2019 USD |
|---|---|---|---|
| **Assets** | | | |
| Intangible assets | 7 | **868** | 868 |
| **Total non-current assets** | | **868** | 868 |
| | | | |
| Financial assets measured at fair value through profit or loss | 8 | **7,051,342** | 9,088,146 |
| Trade and other receivables | 9 | **23,649,075** | 27,486,797 |
| Cash and cash equivalents | 10 | **29,277,389** | 10,563,825 |
| **Total current assets** | | **59,977,806** | 47,138,768 |
| | | | |
| **Total assets** | | **59,978,674** | 47,139,636 |
| | | | |
| **Equity** | | | |
| Share capital | 11 | **557,000** | 557,000 |
| Retained earnings | | **8,629** | 8,629 |
| **Total equity** | | **565,629** | 565,629 |
| | | | |
| **Liabilities** | | | |
| Trade and other payables | 12 | **46,261,862** | 40,747,000 |
| Current tax liability | 6 | **13,151,183** | 5,827,007 |
| **Total current liabilities** | | **59,413,045** | 46,574,007 |
| | | | |
| **Total liabilities** | | **59,413,045** | 46,574,007 |
| | | | |
| **Total equity and liabilities** | | **59,978,674** | 47,139,636 |

The notes on pages 12 to 32 form an integral part of these financial statements

The financial statements on pages 8 to 32 were approved and authorised for issue by the Board of Directors on 30 April 2021 and signed on its behalf by:

Dr Davina Cutajar
**Director**

Mr. Simon Vella
**Director**

9

**DLOCAL LIMITED**

**STATEMENT OF CHANGES IN EQUITY**
**FOR THE YEAR ENDED DECEMBER 31, 2020**

| | Note | Total | Share Capital | Retained Earnings |
|---|---|---|---|---|
| | | USD | USD | USD |
| **Balance at 1 January 2019** | | 557,000 | 557,000 | - |
| **Comprehensive income** | | | | |
| Profit for the year – total comprehensive income | | 10,830,214 | - | 10,830,214 |
| **Transactions with owners** | | | | |
| Dividends declared | | (10,821,585) | - | (10,821,585) |
| **Balance at 31 December 2019** | | 565,629 | 557,000 | 8,629 |
| | | | | |
| **Balance at 1 January 2020** | | 565,629 | 557,000 | 8,629 |
| **Comprehensive income** | | | | |
| Profit for the year – total comprehensive income | | 13,717,487 | - | 13,717,487 |
| **Transaction with owners** | | | | |
| Dividends declared | 12 | (13,717,487) | - | (13,717,487) |
| **Balance at 31 December 2020** | | 565,629 | 557,000 | 8,629 |

The notes on pages 12 to 32 form an integral part of these financial statements.

10

# DLOCAL LIMITED

## STATEMENT OF CASH FLOWS

| | Note | **2020** USD | **2019** USD |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit for the year | | **13,717,487** | 10,830,214 |
| | | | |
| *Adjustments for* | | | |
| Fair value movement in financial assets through profit or loss | | **(11,313)** | (67,008) |
| Amortization of intangible assets | | **-** | 1,156 |
| Finance income | | **(47,194)** | (42,123) |
| Income tax expense | | **7,324,175** | 5,827,007 |
| | | **20,983,155** | 16,549,246 |
| **Changes in operating assets and liabilities:** | | | |
| Trade and other receivables | | **10,731,787** | (9,255,059) |
| Trade and other payables | | **16,313,796** | 15,374,018 |
| Related companies | | **(5,522,584)** | (9,574,025) |
| Parent company | | **(66,316)** | (4,377,695) |
| **Cash generated from operations** | | **42,439,838** | 8,716,485 |
| Taxes paid | | **-** | (2,361,100) |
| **Net cash from operating activities** | | **42,439,838** | 6,355,385 |
| | | | |
| **Cash flows from investing activities** | | | |
| Acquisition investments | | **-** | (4,819,998) |
| Disposal of investments | | **2,048,116** | - |
| Finance income | | **47,194** | 42,123 |
| **Net cash from / (used in) investing activities** | | **2,095,310** | (4,777,875) |
| | | | |
| **Cash flows from financing activities** | | | |
| Repayment of parent company loan | | **-** | (750,000) |
| Dividends paid | | **(25,821,584)** | - |
| **Net cash used in financing activities** | | **(25,821,584)** | (750,000) |
| | | | |
| **Net movement in cash and cash equivalents** | | **18,713,564** | 827,510 |
| Cash and cash equivalents at beginning of year | | **10,563,825** | 9,736,315 |
| **Cash and cash equivalents at end of year** | 10 | **29,277,389** | 10,563,825 |
| | | | |
| *Made up as follows:* | | | |
| Own funds | | **8,051,609** | 2,020,174 |
| Merchants' clients funds | | **21,225,780** | 8,543,651 |
| | | **29,277,389** | 10,563,825 |

The notes on pages 12 to 32 form an integral part of these financial statements.

**DLOCAL LIMITED**

**NOTES TO FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED 31 DECEMBER 2020**

---

**1.    Reporting entity**

Dlocal Limited ("the Company") is a limited liability company domiciled and incorporated in Malta. The Company's registered office is at Cornerstone Business Center – Level 4, 16th September square, Mosta MST 1180, Malta.

The Company is an EU licensed Financial Institution, which is licensed and regulated by the Malta Financial Services Authority (MFSA) to carry out Payment Services and to issue electronic money   The license also stipulates that it must abide by the EU AML/AFT regulations

**2.    Presentation and preparation of the financial statements and significant accounting policies**

**2.1    Basis of preparation of the financial statements**

The financial statements have been prepared in accordance with International Financial Reporting Standards as adopted by the EU ("the applicable framework"), which standards were issued by the International Accounting Standards Board (IASB). All references in these financial statements to IAS, IFRS or SIC/IFRIC interpretations refer to those adopted by the EU  They have also been drawn up in accordance with the provisions of the Companies Act, 1995 (Chapter 386, Laws of Malta), to the extent that such provisions do not conflict with the applicable framework

The financial statements have been prepared on the historical cost basis, except for financial assets at fair value through profit or loss.

The preparation of financial statements requires the use of certain critical accounting estimates  It also requires management to exercise its judgment in the process of applying the company's accounting policies. The areas involving a higher degree of judgment or complexity, or areas where assumptions and estimates are significant to the financial statements, are disclosed in Note 2.11: Accounting estimates and judgments.

With reference to Note 13 6  Capital Management, as part of the requirements for maintaining its financial institution license, the Company is subject to externally imposed capital requirements by the regulator, which initially amounted to Eur 400,000 (USD 490,840)   As at 31 December 2020 the Company calculated its capital requirement at the level of Eur 424,037 (USD 520,336)  On 16th December 2020, dividends amounting to USD 13,717,487 were declared and were distributed out of profits which were still not verified by the external auditor up until the date of the issuance of these financial statements. Since that date, the Company's own funds, which excludes the profits registered for the year, was temporarily short in respect of its regulatory capital requirement with an amount of Eur 13,263,572  Such position was rectified upon the signing of these financial statements, due to the fact that profits registered during the year ended 31 December 2020 would have been verified as a result of the external audit of the financial statements of the Company, and Tier 1 Capital post verification is considered to be that of USD 565,628, which is in excess of the externally imposed minimum capital requirement of Eur 424,037 (USD 490,840).

**2.2    Foreign currencies**

i)    Functional and presentation currency

Items included in the financial statements are measured using the currency of the primary economic environment in which the entity operates ('the functional currency')  The financial statements are presented in U S Dollar, which is the company's functional and presentation currency

ii)    Transactions and balances

Foreign currency transactions are translated into the functional currency using the exchange rates at the dates of the transactions. Foreign exchange gains and losses resulting from the settlement of such transactions, and from the translation of monetary assets and liabilities denominated in foreign currencies at year end exchange rates, are generally recognized in profit or loss

**DLOCAL LIMITED**

## NOTES TO FINANCIAL STATEMENTS
## FOR THE YEAR ENDED 31 DECEMBER 2020

**2.    Presentation and preparation of the financial statements and significant accounting policies** *(Contd.)*

**2.2    Foreign currencies** *(Contd.)*

The company adopts an allocation policy for foreign exchange differences in order to allocate them to the various line items of its financial statements, based on the nature of the item that generated the exchange difference. For example, exchange differences on trade payables arising from the purchase of services and exchange differences from payins and payouts transactions are included as part of Cost of services while exchange differences arising from loans are allocated to Finance costs. This policy is applied consistently from period to period Non-monetary items that are measured at fair value in a foreign currency are translated using the exchange rates at the date when the fair value was determined Translation differences on assets and liabilities carried at fair value are reported as part of the fair value gain or loss For example, translation differences on non-monetary assets and liabilities such as equities held at fair value through profit or loss are recognized in profit or loss as part of the fair value gain or loss, and translation differences on non-monetary assets such as equities classified as at fair value through other comprehensive income are recognized in other comprehensive income. Foreign exchange gains and losses resulting from the measurement at period end exchange rates of monetary assets denominated in foreign currencies and measured at fair value through other comprehensive income are recognized in the statement of income.

**2.3    Cash and cash equivalents**

Cash and cash equivalents include cash in hand, deposits held at call with banks and other short-term highly liquid financial instruments with original maturities of three months or less. The company classifies as cash equivalents a financial instrument that can be immediately converted into a known amount of cash and the fair value approximates the carrying value. Cash and cash equivalents are measured at amortized cost and are included in current assets due to their short-term nature.

**2.4    Financial instruments – initial recognition and subsequent measurement**

*i)    Financial assets*

*Initial recognition and measurement*

Financial assets are classified, at initial recognition and subsequently measured at amortized cost, fair value through other comprehensive income ("OCI"), and fair value through profit or loss ("FVPL")

The classification of financial assets at initial recognition depends on the financial asset's contractual cash flow characteristics and the Company's business model for managing them. The Company initially measures a financial asset at its fair value plus, in the case of a financial asset not at fair value through profit or loss, transaction costs. Except for trade receivables that do not contain a significant financing component or for which the Company has applied the practical expedient, the Company initially measures a financial asset at its fair value plus transaction costs, in the case of a financial asset not at FVPL. Trade receivables that do not contain a significant financing component or for which the Company has applied the practical expedient are measured at the transaction price determined under IFRS 15 – Revenue from Contracts with Customers

In order for a financial asset to be classified and measured at amortized cost or fair value through OCI, it needs to give rise to cash flows that are solely payments of principal and interest ("SPPI") on the principal amount outstanding. This assessment is referred to as the SPPI test and is performed at an instrument level Financial assets with cash flows that are not SPPI are classified and measured at fair value through profit or loss, irrespective of the business model

The Company's business model for managing financial assets refers to how it manages its financial assets in order to generate cash flows The business model determines whether cash flows will result from collecting contractual cash flows, selling the financial assets, or both. Financial assets classified and measured at amortized cost are held within a business model with the objective to hold financial assets in order to collect contractual cash flows while financial assets classified and measured at fair value through OCI are held within a business model with the objective of both holding to collect contractual cash flows and selling.

# DLOCAL LIMITED

## NOTES TO FINANCIAL STATEMENTS
## FOR THE YEAR ENDED 31 DECEMBER 2020

---

**2.      Presentation and preparation of the financial statements and significant accounting policies** *(Contd.)*

**2.4      Financial instruments – initial recognition and subsequent measurement** *(Contd.)*

*Initial recognition and measurement (Contd.)*

Financial assets as of December 31st, 2020 include cash and cash equivalents, trade and other receivables and quoted debt instruments. Financial assets as of December 31st, 2019 included such assets as well as an investment in a quoted mutual fund that invested in debt securities.

*Subsequent measurement*

The subsequent measurement of financial assets depends on their classification, which may be (i) financial assets at amortized cost; (ii) financial assets at fair value through OCI with recycling of cumulative gains and losses (debt instruments); (iii) financial assets designated at fair value through OCI with no recycling of cumulative gains and losses upon derecognition (equity instruments); and (iv) financial assets at fair value through profit or loss.

*Financial assets at amortized cost*

Financial assets at amortized cost are subsequently measured using the effective interest method and are subject to impairment.

The Company's financial assets at amortized cost for 2020 and 2019 include cash and cash equivalents, restricted cash (included in Other Assets) and trade and other receivables which corresponds to receivables fee from merchants originated from transactions through Dlocal's payment and collection platform as well as receivables from payment processors and preferred suppliers

*Financial assets at fair value through profit or loss*

Financial assets through profit or loss consist of equity investments that are held for trading, debt securities that do not qualify for measurement at either amortized cost or fair value though other comprehensive income, and equity investments for which the company has not elected to recognize fair value gains and losses though other comprehensive income.

The Company's financial assets at fair value through profit or loss as of December 31, 2020 include quoted debt instruments. As of December 31, 2019, this category also included an investment in a quoted mutual fund that invested in debt securities. On disposal of any of the above investments, any gains or losses are recognized in the profit and loss.

*Derecognition*

A financial asset or, where applicable, a part of a financial asset or part of a company of similar financial assets, is derecognized when:

*   The rights to receive cash flows from the asset expire; or
*   The company transfers its rights to receive cash flows from the asset or assumes an obligation to pay the received cash flows in full to a third party under a "pass-through" arrangement, and (a) transfers virtually all the risks and benefits of the asset, or (b) neither transfers nor retains virtually all the risks and benefits of the asset, but transfers control of the asset.

When the company has transferred its rights to receive cash flows from an asset and has not transferred or retained substantially all the risks and benefits of the asset, this asset is recognized to the extent of the company's continuing involvement in the asset. In such case, the company also recognizes an associated liability.

The transferred asset and the associated liability are measured on a basis that reflects the rights and obligations that the Company has retained.

14

**DLOCAL LIMITED**

## NOTES TO FINANCIAL STATEMENTS
## FOR THE YEAR ENDED 31 DECEMBER 2020

2.    **Presentation and preparation of the financial statements and significant accounting policies** *(Contd.)*

2.4    **Financial instruments – initial recognition and subsequent measurement** *(Contd.)*

*Derecognition (Contd )*

Continuing involvement that takes the form of a guarantee over the transferred asset is measured at the lower of the original carrying amount of the asset and the maximum amount of the consideration that the company may be required to repay.

*ii)    Impairment of financial assets*

The company assesses at the reporting date, if there is objective evidence that a financial asset or a group of financial assets is impaired. The Company recognizes an allowance for expected credit losses ("ECLs") for all debt instruments not held at fair value through profit or loss.

ECLs are based on the difference between the cash flows contractually due and all the cash flows that the Company expects to receive, discounted at the original effective interest rate  The expected cash flows will include cash flows from the sale of collateral held or other credit enhancements that are integral to the contractual terms  The Company applies a simplified approach on trade and other receivables in calculating ECLs, therefore, the Company does not track changes in credit risk, but instead recognizes a loss allowance based on lifetime ECLs and on segmentation of trade receivables.  The Company uses historical loss experience in trade receivable and adjusts historical loss rates to reflect information about current conditions and reasonable and bearable forecasts of future economic conditions.

*iii)    Financial liabilities*

*Initial recognition and measurement*

Financial liabilities are classified, at initial recognition, as financial liabilities at fair value through profit or loss, amortized cost or as derivatives designated as hedging instruments in an effective hedge, as appropriate

All financial liabilities are recognized initially at fair value and, in the case of amortized cost, net of directly attributable transaction costs

The Company's financial liabilities as of December 31, 2020 and 2019 include trade and other payables.

*Subsequent measurement*

The subsequent measurement of financial liabilities depends on their classification, as described below

*Financial liabilities at fair value through profit or loss*

Financial liabilities at fair value through profit or loss include held-for-trading financial liabilities and financial liabilities designated at fair value through profit or loss at initial recognition.

Financial liabilities are classified as held-for-trading if they are incurred for the purpose of repurchasing in the near term. This category also includes derivative financial instruments entered by the Company that are not designated as hedging instruments in hedge relationships as defined by IFRS 9 - Financial Instruments

Gains and losses on held-for-trading liabilities are recognized in the statement of comprehensive income

The Company did not have these types of liabilities during 2020 or 2019.

**DLOCAL LIMITED**

## NOTES TO FINANCIAL STATEMENTS
## FOR THE YEAR ENDED 31 DECEMBER 2020

2.     **Presentation and preparation of the financial statements and significant accounting policies** *(Contd.)*

2.4     **Financial instruments – initial recognition and subsequent measurement** *(Contd.)*

*Financial liabilities at amortized cost*

After initial recognition, interest-bearing borrowings are subsequently measured at amortized cost, using the effective interest rate ("EIR") method. Gains and losses are recognized in profit or loss when the liabilities are derecognized as well as through the EIR amortization process This category is the most relevant to the Company.

Amortized cost is calculated by considering any discount or premium on acquisition and fees or costs that are an integral part of the effective interest rate. The effective interest rate amortization is included in "Financial expenses" in the statement of comprehensive income.

This category for 2020 and 2019 includes all trade and other payables which represent liabilities for goods and services that have been acquired in the ordinary course of business from suppliers. The amounts are unsecured and are usually paid within 30 days of recognition. Trade and other payables are presented as current liabilities unless payment is not due within 12 months after the reporting period

The book value of trade payables approximates their fair value due to their short-term nature.

*Derecognition*

A financial liability is derecognized when the obligation under the liability is discharged or cancelled or expires When an existing financial liability is replaced by another from the same lender on substantially different terms, or the terms of an existing liability are substantially modified, such an exchange or modification is treated as the derecognition of the original liability and the recognition of a new liability. The difference in the respective carrying amounts is recognized in the statement of comprehensive income

*iv)     Fair value of financial instruments*

The Company measures its financial assets at fair value through profit or loss at fair value at each reporting date

Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. The fair value measurement is based on the presumption that the transaction to sell the asset or transfer the liability takes place either:

- In the principal market for the asset or liability; or
- In the absence of a principal market, in the most advantageous market for the asset or liability.

The principal or the most advantageous market must be accessible by the Company.

The fair value of an asset or a liability is measured using the assumptions that market participants would use when pricing the asset or liability, assuming that market participants act in their economic best interest The Company uses valuation techniques that are appropriate in the circumstances and for which sufficient data are available to measure fair value, maximizing the use of relevant observable inputs and minimizing the use of unobservable inputs.

All assets and liabilities for which fair value is measured or disclosed in the financial statements are categorized within the fair value hierarchy, described as follows, based on the lowest level input that is significant to the fair value measurement as a whole

- Level 1 - quoted (unadjusted) prices in active markets for identical assets or liabilities;
- Level 2 - inputs other than quoted prices included in Level 1 that are observable for the asset or liability, either directly or indirectly.
- Level 3 - techniques using inputs that have a significant effect on the recorded fair value that are not based on observable market data.

16

**DLOCAL LIMITED**

## NOTES TO FINANCIAL STATEMENTS
## FOR THE YEAR ENDED 31 DECEMBER 2020

2. **Presentation and preparation of the financial statements and significant accounting policies** *(Contd.)*

2.4 **Financial instruments – initial recognition and subsequent measurement** *(Contd.)*

*iv) Fair value of financial instruments*

The Company uses observable market data to the extent possible. For assets and liabilities that are recognized in the financial statements at fair value on a recurring basis, the Company determines whether transfers have occurred between levels in the hierarchy by re-assessing categorization (based on the lowest level input that is significant to the fair value measurement as a whole) at the end of each reporting period.

*v) Current versus non-current classification*

The Company presents financial assets and liabilities in the statement of financial position based on current and non-current classification. An asset is current when it is: (i) expected to be realized or intended to be sold or consumed in the normal operating cycle, (ii) expected to be realized within twelve months after the reporting period; (iii) held primarily for the purpose of trading; or (iv) cash or cash equivalent unless restricted from being exchanged or used to settle a liability for at least twelve months after the reporting period. All other assets are classified as non-current.

A liability is current when (i) it is expected to be settled in the normal operating cycle; (ii) it is due to be settled within twelve months after the reporting period; (iii) it is held primarily for the purpose of trading; or (iv) there is no unconditional right to defer the settlement of the liability for at least twelve months after the reporting period. All other liabilities are classified as non-current.

*vi) Financial instruments—offsetting*

Financial assets and liabilities are presented net in the statement of financial position if, and only if, there is an existing and enforceable legal right to offset the amounts recognized and an intention to offset or to realize the asset and settle the liability simultaneously.

The Company presents trade receivables from fees offset from liabilities with Merchants considering that there is an enforceable legal right to offset, and the Company expects to cancel such obligations on a net basis

2.5 **Current and deferred income tax**

Current and deferred income tax are recognized in profit or loss except to the extent that it relates to items recognized directly in equity or in other comprehensive income

Current income tax

Tax assets and liabilities for the current year are calculated based on the expected recoverable amount or the amount payable to the tax authorities on the taxable income or loss for the period, using tax rates enacted or substantively enacted at the reporting date in the countries where the company operates and generates taxable income.

Current income tax related to items recognized directly in equity are recognized in equity The company periodically evaluates the tax positions involving interpretation of tax regulations and establishes provisions when appropriate.

The Company offsets current tax assets and current tax liabilities against the same tax authority when it has a legally enforceable right to set off current tax assets against current tax liabilities

**DLOCAL LIMITED**

## NOTES TO FINANCIAL STATEMENTS
## FOR THE YEAR ENDED 31 DECEMBER 2020

2. **Presentation and preparation of the financial statements and significant accounting policies** *(Contd.)*

2.4 **Financial instruments – initial recognition and subsequent measurement** *(Contd.)*

2.5 **Current and deferred income tax** *(Contd.)*

Deferred income tax

Deferred income tax is recognized in respect of temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for taxation purposes

Deferred income tax assets and liabilities are recognized for all temporary taxable differences, except in the following situations:

- temporary differences on the initial recognition of assets or liabilities in a transaction that is not a business combination and that affects neither accounting nor taxable profit or loss; and
- temporary differences relating to investments in subsidiaries, associates and jointly controlled entities to the extent that it is probable that they will not reverse in the foreseeable future.

Deferred income tax is measured at the tax rates that are expected to be applied to temporary differences when they reverse, using tax rates enacted or substantively enacted at the reporting date and tax loss carryforwards, to the extent that it is probable that taxable profit will be available against which they can be offset.

The carrying amount of deferred income tax assets is reviewed at each reporting date to assess whether it is probable that sufficient taxable profit will be available to allow all or part of the deferred tax assets to be utilized. Unrecognized deferred tax assets are re-assessed at each reporting date, and are recognized to the extent that it has become probable that future taxable profits will be available to allow their utilization

2.6 **Intangible assets**

Externally acquired intangible assets are initially recognized at cost and subsequently amortized on a straight-line basis over their useful economic lives, up to three years The company's business is based on digital products and services used to facilitate commercial relationships between international merchants and their customers in emerging markets. The company is continuously developing future product releases, enhancements and upgrades to existing software and maintenance oriented to bug fixes for existing products. Internal costs associated with the development of software and projects for which there is a likelihood that future economic benefits will arise are capitalized and amortized over their useful life

Costs associated with maintaining computer software programs are recognized as an expense as incurred. Development costs that are directly attributable to the design and testing of identifiable and unique software products controlled by the company are recognized as intangible assets. Directly attributable costs relating to internal development of software are capitalized as part of the software product, which mainly includes costs incurred with employees and third-party contracted services

The expenses capitalized are only related to the development phase and are capitalized only if the Company can demonstrate the following.
- the technological feasibility of completing the intangible asset so that it will be available for use or sale
- its intention to complete the intangible asset and use or sell it
- its ability to use or sell the intangible asset.
- how the intangible asset will generate probable future economic benefits
- the availability of adequate technical, financial and other resources to complete the development and to use or sell the intangible asset
- its ability to measure reliably the expenditure attributable to the intangible asset during its development.

Other development expenditures that do not meet the capitalization criteria are expensed as incurred.

18

# DLOCAL LIMITED

## NOTES TO FINANCIAL STATEMENTS
## FOR THE YEAR ENDED 31 DECEMBER 2020

---

**2.      Presentation and preparation of the financial statements and significant accounting policies** *(Contd.)*

**2.6      Intangible assets** *(Contd.)*

Development costs previously recorded as an expense are not recognized as an asset in a subsequent period and are included in the statements of comprehensive income mainly within salaries and wages item. Capitalized computer software development costs are amortized over their estimated useful lives which are reviewed at the end of each reporting period, and adjusted on a prospective basis, if appropriate. The company amortizes capitalized software development costs on a straight-line basis over a period of up to three years. Management believes this is a reasonable estimated useful life based on an assessment evaluating expected usage of the asset.

**2.7      Impairment of non-financial assets**

The company considers the ability of the asset to generate future economic benefits related to the internal use of it in the development of the company business. The future economic benefits arise from making the service attractive for new or existing merchants, reducing costs by the elimination of unnecessary activities, among others.

An assessment is made at each reporting date to determine whether there is an indication that an asset may be impaired or to determine whether previously recognized impairment losses no longer exist or have decreased. If any indication exists, the company estimates the asset's recoverable amount. The recoverable amount is determined for an individual asset, unless the asset does not generate cash inflows that are largely independent of those from other assets or groups of assets.

In determining fair value less costs of disposal, recent market transactions are considered. If no such transactions can be identified, an appropriate valuation model is used. These calculations are corroborated by valuation multiples or other available fair value indicators.

In assessing value in use, the estimated future cash flows are discounted to their present value using a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset.

The company did not record an impairment for non-financial assets during 2020 or 2019

**2.8      Provisions**

Provisions are recognized when the company has a present legal or constructive obligation as a result of past events, it is probable that an outflow of resources will be required to settle the obligation, and the amount can be reliably estimated. Provisions are not recognized for future operating losses

Where there are a number of similar obligations, the likelihood that an outflow will be required in settlement is determined by considering the class of obligations as a whole. A provision is recognized even if the likelihood of an outflow with respect to any one item included in the same class of obligations may be small.

Provisions are established for all contingencies related to lawsuits or claims for which it is probable that an outflow of funds will be necessary to settle the contingency/obligation and a reasonable estimate can be made.

The assessment of the likelihood of loss includes the evaluation of available evidence, the hierarchy of laws, available case law, recent court decisions and their importance in the legal system, as well as the opinion of outside legal counsel. The provisions are reviewed and adjusted to reflect changes in circumstances.

Provisions are measured at the present value of management's best estimate of the expenditure required to settle the present obligation at the end of the reporting period The discount rate used to determine the present value is a pre-tax rate that reflects current market assessments of the time value of money and the risks specific to the liability The increase in the provision due to the passage of time is recognized as interest expense

19

**DLOCAL LIMITED**

## NOTES TO FINANCIAL STATEMENTS
## FOR THE YEAR ENDED 31 DECEMBER 2020

2.    **Presentation and preparation of the financial statements and significant accounting policies** *(Contd.)*

2.9   **Equity**

Ordinary shares are classified as equity and incremental costs directly attributable to the issue of new shares or options are shown in equity as a deduction, net of tax, from the proceeds

Provision is made for the amount of any dividend declared, being appropriately authorized and no longer at the discretion of the entity, on or before the end of the reporting period but not distributed at the end of the reporting period.

2.10  **Revenue**

The company provides payment processing services to merchants who conduct business in emerging markets as follows:

- The company specializes in local payments so that merchants can reach consumers located in those markets. On a recurring basis merchants and their customers are exchanging goods and services while the company provides the payment solution to that relationship The company does not have any obligation to provide such goods or services between the merchant and its customer but is responsible for processing payments through its platform.
- The company only processes the payment through its platform when a complete authorization request was made by the merchants. The authorization request shall be made by transmitting the authorization data of the transaction to the company.
- The company contracts with service providers for the authorization, processing and settlement services performed by payment schemes networks and card issuers
- The company is not responsible for the credit risk or the chargebacks risk of the cardholder (i.e., the merchant customer). The merchant is responsible for the credit checks.

The company earns revenues from fees charged to merchants in connection with payment processing services for cross-border and local payment transactions in emerging markets. These fees are primarily generated on a per approved transaction basis as either a fixed fee per transaction or fixed percentage per transaction The company also earns additional fees on cross-border transactions (i e., transactions in which the merchant and its customer are in different countries) for which we perform foreign currency conversion and transfer of funds between the merchant home country and the emerging market country where the end user is

Foreign currency conversion fees are usually determined based on a fixed percentage of the transaction value The company's service offering comprises a single performance obligation to complete payments via its platform for merchants and their customers

Revenues from contracts with customers are recognized as control of services are transferred to the customer at an amount that reflects the consideration to which the company expects to be entitled in exchange for those services in the ordinary course of the company's activities

The company applies the following five steps

1 Identification of the contract with a client
2. Identification of the performance obligations in the contract
3. Determination of the transaction price
4. Allocation of the transaction price to the performance obligations in the contract
5 Recognition of revenue when or as the entity satisfies a performance obligation

**DLOCAL LIMITED**

## NOTES TO FINANCIAL STATEMENTS
## FOR THE YEAR ENDED 31 DECEMBER 2020

---

2.    **Presentation and preparation of the financial statements and significant accounting policies** *(Contd.)*

2.10    **Revenue** *(Contd.)*

The company performs two types of transactions:

- <u>Payins:</u> are transactions where the company collects money in local currency through group companies established in emerging markets countries from the merchant's customers and makes it available for merchants in their requested currency and country, which is often U S Dollars or European Euro, after a settlement period. Revenue for this type of transaction is recognized when the authorized transaction is processed (local currency collected from the merchant's customer) This type of revenue is recognized at a point in time.

- <u>Payouts:</u> are transactions where the company collects money from its merchants in the countries and currencies of preference and then disburses money in local currency in emerging markets countries to the merchant's customers through group companies established in the said emerging markets Revenue for this type of transaction is recognized upon completing the payout of an authorized transaction in local currency This type of revenue is recognized at a point in time

Our contracts with merchants are usually open-ended and can be terminated by either party without a termination penalty after the notice period has lapsed Our contracts are, therefore, defined at the transaction level and do not extend beyond the service already provided.

Revenue from contracts with merchants comprises·

**2.10.1 Transaction revenues**

We recognize fees charged to merchants as transaction revenue and fees we incur in processing payments as cost of services. Fees earned from merchants are presented as revenue due to the following considerations which indicate we control the payment processing services

- We bear primary responsibility to merchants for the fulfillment of the payment service.
- We contract directly with merchants and there is no contractual relationship between merchants and payment processors (i.e , our service providers).
- We have independently negotiated arrangements with payment processors
- Our established fees are independent of the costs we incur from payment processors and we, therefore, have full margin risk for each transaction
- In cross border transactions, we or the merchants may bear foreign exchange risk depending on each agreement. The foreign currency conversion fees charged to merchants are based on a fixed fee per transaction or fixed percentage of the transaction value. The risk of foreign currency fluctuation, when applicable, occurs from the time the transaction is authorized until we collect the money from the processor (for payins) and from the time we receive the money from the merchant until we convert the money to local currency (for payouts).
- We bear credit risk from the agents and third-party processors, acquirers and collection agents for the payment settlement These processors collect funds from consumers' financial institutions and are required to pay the proceeds from these transactions. The company is not insured against credit losses
- If a processor or acquirer becomes insolvent, files for bankruptcy, commits fraud or otherwise fails to pay amounts owed to the company when due, the company must nonetheless process the payment transaction for the benefit of merchants and end consumers. Merchants are liable for any charges properly reversed by the card issuer on behalf of the cardholder.

Transaction revenues are recognized as revenue at a point in time when an authorized payment transaction is processed

**DLOCAL LIMITED**

**NOTES TO FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED 31 DECEMBER 2020**

2.      **Presentation and preparation of the financial statements and significant accounting policies (Contd.)**

2.10    **Revenue (Contd.)**

2.10.2  **Other revenues**

Other revenues are mainly composed of minor fees, such as an initial setup fee, installment fee, minimum monthly fee, chargebacks fee, refunds fee and small transfer fees  Other revenues are recognized at a point in time when the respective performance obligation is satisfied.

2.11    **Use of estimates and judgements**

Accounting estimates and judgments are continually evaluated and are based on historical experience and other factors, including expectations of future events that are believed to be reasonable under the circumstances

Based on assumptions, the company makes estimates concerning the future  The resulting accounting estimates will, by definition, seldom equal the related actual results

2.11    **New accounting pronouncements**

The accounting policies and methods of computation adopted in the preparation of the financial statements are consistent with those followed in the preparation of the company's financial statements for the year ended December 31, 2019.

A number of amended standards became applicable for the current reporting period  The company did not change its accounting policies or make retrospective adjustments as a result of new accounting standards made applicable on January 1, 2020. These standards did not have any impact on the amounts recognized in prior periods and are not expected to significantly affect the current or future periods  The company has not early adopted any standard, interpretation or amendment that has been issued but is not yet effective

3.      **Revenues**

|                        | 2020        | 2019        |
|------------------------|-------------|-------------|
|                        | USD         | USD         |
| Transaction fees       | 21,623,133  | 13,239,130  |
| Foreign exchange fees  | 25,086,926  | 20,003,143  |
|                        | 46,710,059  | 33,242,273  |

22

**DLOCAL LIMITED**

**NOTES TO FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED 31 DECEMBER 2020**

4. **Operating profit**

*Expenses by nature·*

|  | 2020 | 2019 |
|---|---|---|
|  | USD | USD |
| Services Acquired | 21,500,577 | 13,852,730 |
| Indirect and withholding taxes | 1,230,506 | 875,428 |
| Markup recharges from related entities | 738,241 | 345,207 |
| Professional fees | 645,204 | 482,918 |
| Employee benefit expenses | 517,357 | 195,728 |
| Bank charges | 241,836 | 283,696 |
| Employee expenses recharged from related entities | 227,475 | 250,582 |
| Office expenses | 102,569 | 84,594 |
| Other general and administrative expenses | 523,139 | 323,300 |
| **Total Cost of Services and Administrative Overheads** | **25,726,904** | 16,694,183 |

The results from operating activities are stated after charging the following:

|  | 2020 | 2019 |
|---|---|---|
|  | USD | USD |
| Director's Remuneration and Fees | 110,615 | 73,259 |
| Auditors' Remuneration | 15,000 | 7,239 |
| Amortization of Intangible Assets | - | 1,156 |

4.1 **Employee information**

The average weekly number of persons employed by the company during the year, except for the working Director, was 4  Staff costs for the year amounted USD 406,742 (2019 - USD 122,469)

5. **Finance income**

|  | 2020 | 2019 |
|---|---|---|
|  | USD | USD |
| Bank interest receivable | 528 | 2,846 |
| Interest income from investments | 46,666 | 39,277 |
| **Total finance income** | **47,194** | 42,123 |

**DLOCAL LIMITED**

**NOTES TO FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED 31 DECEMBER 2020**

**6.    Income tax expense**

|  | 2020 | 2019 |
|---|---|---|
|  | USD | USD |
| Current taxation | 7,324,175 | 5,827,007 |
| Total tax charge | 7,324,175 | 5,827,007 |

**6.1    Reconciliation of effective tax rate**

The tax expense and the result of the accounting profit multiplied by the applicable tax rate in Malta, the Company's country of incorporation, are reconciled as follows:

|  | 2020 | 2019 |
|---|---|---|
|  | USD | USD |
| **Profit before taxation** | 21,041,662 | 16,657,221 |
| Tax using the company's domestic tax rate of 35% | 7,364,582 | 5,830,027 |
| Tax effect of non-taxable income | (40,407) | (3,020) |
| **Tax expense for the year** | 7,324,175 | 5,827,007 |

**6.2    Income tax liability**

The liability for taxation is made up as follows:

|  | 2020 | 2019 |
|---|---|---|
|  | USD | USD |
| Balance brought forward | 5,827,007 | 2,361,100 |
| Settlement tax paid | - | (2,361,100) |
|  | 5,827,007 | - |
| **Year of assessment** |  |  |
| 2020 – provision | 7,324,175 | - |
| 2019 – provision | - | 5,827,007 |
| **Taxation due** | 13,151,182 | 5,827,007 |

**DLOCAL LIMITED**

**NOTES TO FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED 31 DECEMBER 2020**

7.      **Intangible assets**

|  | At 01 01 19 | Additions | At 31.12.19 |
|---|---|---|---|
|  | USD | USD | USD |
| **Cost:** |  |  |  |
| Software development | 3,471 | - | 3,471 |

|  | At 01.01 19 | Amortisation | At 31.12.19 |
|---|---|---|---|
|  | USD | USD | USD |
| **Amortisation:** |  |  |  |
| Software development | 1,447 | 1,156 | 2,603 |
| **Net book amount** | 2,024 | 1,156 | 868 |

|  | At 01 01 20 | Additions | At 31.12.20 |
|---|---|---|---|
|  | USD | USD | USD |
| **Cost:** |  |  |  |
| Software development | 3,471 | - | 3,471 |

|  | At 01 01 20 | Amortisation | At 31.12.20 |
|---|---|---|---|
|  | USD | USD | USD |
| **Amortization:** |  |  |  |
| Software development | 2,603 | - | 2,603 |
| **Net book amount** | 868 | - | 868 |

8.      **Financial assets at fair value through profit or loss**

8.1     Financial assets include the following:

|  | 2020 | 2019 |
|---|---|---|
|  | USD | USD |
| Measured at fair value through profit or loss |  |  |
| - Debt securities and other fixed income instruments | 7,051,342 | 9,088,146 |
| Issued by public bodies |  |  |
| - Foreign governments | 7,051,342 | 9,088,146 |
| Listing status |  |  |
| - Listed on recognised exchanges - foreign | 7,051,342 | 9,088,146 |

**DLOCAL LIMITED**

**NOTES TO FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED 31 DECEMBER 2020**

8.2 The movement in the carrying amount of the financial assets at fair value through profit or loss is analysed in the following table

|  | 2020 | 2019 |
|---|---|---|
|  | USD | USD |
| At beginning of year | 9,088,146 | 4,201.140 |
| Additions | - | 4,819.998 |
| Disposals | (2,048,117) | - |
| Fair value gains recognised in profit or loss | 11,313 | 67,008 |
| At end of year | 7,051.342 | 9,088,146 |

8.3 Fair value hierarchy

The following table shows financial instruments recognised at fair value for the year ended 31 December 2020, analysed between those whose fair value is based on:

Level 1    quoted (unadjusted) prices in active markets for identical assets or liabilities.
Level 2:    other techniques for which all inputs which have a significant effect on the recorded fair value are observable, either directly or indirectly.
Level 3:    techniques which use inputs which have a significant effect on the recorded fair value that are not based upon observable market data.

|  | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
|  | USD | USD | USD | USD |
| **December 31, 2020** | | | | |
| **Financial assets** | | | | |
| Fin Assets at fair value through profit or loss | 7.051,342 | 7,051,342 | - | - |

|  | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
|  | USD | USD | USD | USD |
| **December 31, 2019** | | | | |
| **Financial assets** | | | | |
| Fin Assets at fair value through profit or loss | 9,088,146 | 9,088,146 | - | - |

During the reporting period ended December 31, 2020, there was no transfers between different fair value measurements.

9. **Trade and other receivables**

|  | 2020 | 2019 |
|---|---|---|
|  | USD | USD |
| **Current** | | |
| Amount due from related companies | 12,362,860 | 6.840,276 |
| Amount due from parent company | 1,640,650 | 269,170 |
| Receivables from collection agents | 8,680,614 | 19.613,762 |
| Other receivables and prepaid expenses | 964,951 | 763,589 |
|  | 23,649,075 | 27,486.797 |

9.1 The amounts due from the related parties are unsecured, interest free and repayable on demand.

9.2 At December 31, 2020, expected credit losses on the Trade and Other Receivables balances were insignificant.

**DLOCAL LIMITED**

**NOTES TO FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED 31 DECEMBER 2020**

**10.      Cash and cash equivalents**

|  | 2020 | 2019 |
|---|---|---|
|  | USD | USD |
| Bank balances – own funds | 8,051,609 | 2,020,174 |
| Bank balances – merchants' clients funds | 21,225,780 | 8,543,651 |
| Total cash and cash equivalents | 29,277,389 | 10,563,825 |

**11.      Share capital**

|  | 2020 | 2019 |
|---|---|---|
|  | USD | USD |
| **Authorised** |  |  |
| 499,999 A ordinary shares of usd 1 114 each | 556,999 | 556,999 |
| 1 B ordinary share of usd 1.114 | 1 | 1 |
|  | 557,000 | 557,000 |
| **Issued and fully paid up** |  |  |
| 499,999 A ordinary shares of usd 1 114 each | 556,999 | 556,999 |
| 1 B ordinary share of usd 1 114 | 1 | 1 |
|  | 557,000 | 557,000 |

The holders of Ordinary shares are entitled to receive dividends as declared from time to time and are entitled to one vote per share at meetings of the Company

**DLOCAL LIMITED**

**NOTES TO FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED 31 DECEMBER 2020**

| 12. | Trade and other payables | | |
|-----|---|---|---|
| | | **2020** | 2019 |
| | | **USD** | USD |
| | Merchants' Clients Funds | **37,512,700** | 26,145,059 |
| | Other Accounts Payables | **3,693,109** | 3,535,557 |
| | Accrued Liabilities | **5,056,053** | 267,450 |
| | Dividends payable to Parent company | **-** | 10,798,934 |
| | | **46,261,862** | 40,747,000 |

**12.1**   The amounts due to the parent company and related parties are unsecured, interest free and repayable on demand  The balance due to the parent company at December 31, 2020 is represented mainly by the dividend declared amounting to USD 13,717,487.  An excess payment of USD 1,282,513 was made in the current financial year which resulted in an amount due from the parent company disclosed in Note 9.

**12.2**   Reconciliation of client funds

| | | **2020** | 2019 |
|---|---|---|---|
| | | **USD** | USD |
| | Amount due from related companies (note 9) | **12,362,860** | 6,840,276 |
| | Receivables from collection agents (note 9) | **8,680,615** | 19,613,762 |
| | Bank balances – merchants' clients funds (note 10) | **21,225,780** | 8,543,651 |
| | Merchants' clients funds | **(37,512,700)** | (26,145,059) |
| | | **4,756,555** | 8,852,630 |

**13.**   **Financial risk management**

**13.1**   **Overview**

The Company activities potentially expose it to a variety of financial risks, including fair value or cash flow interest rate risk, credit risk, liquidity risks and market risks:

This note presents information about the Company's exposure to each of the above risks, the Company's objectives, policies and processes for measuring and managing risk, and the Company's management of capital.

**13.2**   **Risk management framework**

The Board has overall responsibility for the establishment and oversight of the Company's risk management objectives and policies  The Company's risk management policies are established to identify and analyse the risks faced by the Company, to set appropriate risk limits and controls, and to monitor risks and adherence to limits  Risk management policies and systems are reviewed regularly to reflect changes in market conditions and the Company's activities. The overall objective of the Board is to set policies that seek to reduce risk as far as possible without unduly affecting the Company's competitiveness and flexibility. Further details of these policies are set out below:

**13.3**   **Credit risk**

Credit risk is the risk of financial loss to the Company if a customer or counterparty to a financial instrument fails to meet its contractual obligations and arises principally from the Company's credit sales.  The Company has implemented credit reviews of new and existing customers before entering into contracts  Credit risk also arises from cash and cash equivalents and deposits with banks and financial institutions. The Company's policy is to place cash with financial institutions of a high credit rating.

28

# DLOCAL LIMITED

## NOTES TO FINANCIAL STATEMENTS
## FOR THE YEAR ENDED 31 DECEMBER 2020

13.    **Financial risk management** *(Contd.)*

13.3    **Credit risk** *(Contd.)*

*Exposure to credit risk*

The carrying amount of financial assets represents the maximum credit exposure. The maximum exposure to credit risk at the end of the reporting period was as follows:

|  | 2020 | 2019 |
|---|---|---|
|  | USD | USD |
| Trade and other receivables | 23,649,075 | 27,486,797 |
| Cash and cash equivalents | 29,277,389 | 10,563,825 |
|  | 52,926,464 | 38,050,622 |

*Cash and cash equivalents*

Credit risk from balances with banks, financial institutions and other is managed by the company in accordance with the company's policy These financial instruments are debt securities only conducted with carefully selected financial institutions in order to have an exposure to credit risk within acceptance levels of the company.

*Trade and other receivables*

The Company operates with international high-quality processors which mitigates credit risk There are no significant concentrations of credit risk, whether through exposure to individual customers, specific industry sectors and/or regions.

The company applies the IFRS 9 simplified approach to measuring expected credit losses which uses a lifetime expected loss allowance for all trade and other receivables  To measure the expected credit losses, trade and other receivables have been grouped based on shared credit risk characteristics and the days past due. Finally, historical loss experience, which from history no record of historical loss was experienced, is adjusted to reflect information about current conditions and reasonable and bearable forecasts of future economic conditions

The expected loss rates are based on the payment profiles of sales, country of origin and the corresponding historical credit losses experienced within this period, which from historical records these historical credit losses amounted to nil. The historical loss rates are adjusted to reflect current and forward-looking information on macroeconomic factors affecting the ability of the customers to settle the receivables  The company has identified the credit rating of the countries in which it sells its services to be the most relevant factor, and accordingly adjusts the historical loss rates based on expected changes in credit ratings. Due to the fact that historical credit losses experienced were none, the short life span of the receivable balance as at year end, which balance was recovered by the date of signing of these financial statements, and the fact that the balances are held with reputable payment institutions which in turn are holding the balances in safeguarded accounts with reputable credit institutions, the expected credit loss is considered to be immaterial.

13.4    **Liquidity risk**

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset. The Company's approach to managing liquidity is to ensure, as far as possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation

**DLOCAL LIMITED**

**NOTES TO FINANCIAL STATEMENTS
FOR THE YEAR ENDED 31 DECEMBER 2020**

---

**13.**     **Financial risk management** *(Contd.)*

**13.4**     **Liquidity risk** *(Contd.)*

The Company invests surplus cash in interest-bearing financial investments, choosing instruments with appropriate maturity or enough liquidity to provide adequate margin as determined by the forecasts   Further the Company its liquidity risk by safeguarding its customer monies by matching it to their customer funds with bank balances and implementing sufficient controls to decrease the liquidity risk associated with customer funds

**13.5**     **Market risk**

Market risk is the risk that changes in market prices, such as foreign exchange currency financial instruments and interest rates will affect the Company's income or the value of its holdings of financial instruments. The objective of market risk management is to manage and control market risk exposures within acceptable parameters, while optimising the return

The overall effect of fluctuations in exchange rate at the reporting date on financial instruments such as receivables and payable are not considered by management to be material on the results of the company

**13.5.1**     **Currency risk**

The Company is exposed to currency risk on monetary amounts denominated in a currency other than the functional currency of the Company (USD), mainly the Euro, however such amounts are not material   Since most of the balances receivable and payable are in USD, no hedging is performed by the Company.

**13.6**     **Capital management**

The Board's policy is to maintain a strong capital base to maintain investor, creditor and market confidence and to sustain future development of the business   The Board's objectives are to safeguard their ability to continue as a going concern, so that they can continue to provide returns for shareholders and benefits other stakeholders and to maintain an optimal capital structure to reduce the cost of capital In order to maintain or adjust the capital structure, the company may adjust the amount of dividends paid to shareholders, return capital to shareholders, issue new shares or sell assets to reduce debt. The Board of Directors monitors the return on capital as well as the level of dividends to ordinary shareholders.

As part of the requirements for maintaining its financial institution license, the Company is subject to externally imposed capital requirements by the regulator, which initially amounted to Eur 400,000 (USD 490,840)   As at 31 December 2020 the Company calculated its capital requirement at the level of Eur 424,037 (USD 520,336)   On 16th December 2020, dividends amounting to USD 13,717,487 were declared and were distributed out of profits which were still not verified by the external auditor up until the date of the issuance of these financial statements   Since that date, the Company's own funds, which excludes the profits registered for the year, was temporarily short in respect of its regulatory capital requirement with an amount of Eur 13,263,572   Such position was rectified upon the signing of these financial statements, due to the fact that profits registered during the year ended 31 December 2020 would have been verified as a result of the external audit of the financial statements of the Company, and Tier 1 Capital post verification is considered to be that of USD 565,628, which is in excess of the externally imposed minimum capital requirement of Eur 424,037 (USD 490,840)

**DLOCAL LIMITED**

## NOTES TO FINANCIAL STATEMENTS
## FOR THE YEAR ENDED 31 DECEMBER 2020

**14.    Related parties**

**14.1    Parent and ultimate controlling party**

The immediate and ultimate parent company of Dlocal Limited is Dlocal Group Limited (the "Parent Company"), a company registered in Malta, with its registered office at Cornerstone Business Centre – Level 4, 16th September Square, Mosta MST1180, Malta. Dlocal Group Limited holds all ordinary shares classified under category A.

Dlocal Group Limited prepares the consolidated financial statements of the Group of which Dlocal Limited forms part. These financial statements will be filed and available for public viewing at the Malta Business Registry.

The remaining shares under category B are held by the Company's director, Mr. Sergio Enrique Fogel Kaplan

**14.2    Identity of related parties**

The Company has a related party relationship with its parent and related companies

**14.3    Related party transactions and balances**

|  | 2020 | 2019 |
|---|---|---|
|  | USD | USD |
| **Related companies:** |  |  |
| Accounts receivables and payable | (5,522,584) | (9,574,025) |
| Transactions with collection agents – costs | 22,261,061 | 10,842,783 |
|  |  |  |
| **Parent company:** |  |  |
| Loan paid to | - | (750,000) |
| Accounts receivables and payable | (66,316) | (4,377,695) |
| Dividends declared | 13,717,487 | 10,821,585 |
| Transactions – income | 126,069 | 49,467 |

Amounts due to and from related parties are disclosed in Notes 10 and 14 to these financial statements.

The key management of the company are considered to be the Directors of the Company. During the year, the Directors received remuneration of USD 110,615 (2019: USD 73,259).

**15.    Operating commitments**

At year end, the company had operating lease commitments of approximately USD 20,000 per annum.

**16.    Capital commitments**

The company did not have any commitments to purchase any property, plant and equipment at year end

**17.    Contingent liabilities**

During the year, the company's bankers had issued a guarantee for USD 830,000 in favour of a client in support of a Payment Processing Service Agreement

31

**DLOCAL LIMITED**

**NOTES TO FINANCIAL STATEMENTS**
**FOR THE YEAR ENDED 31 DECEMBER 2020**

18. **Going concern**

The Coronavirus (COVID-19) pandemic is continuing affecting economic and financial markets worldwide, and virtually all industries are facing challenges associated with the economic conditions resulting from efforts to address it.

As the pandemic increased in both magnitude and duration, entities experienced and continue experiencing conditions often associated with a general economic downturn. This includes, but is not limited to, financial market volatility and erosion, deteriorating credit, liquidity concerns, further increases in government intervention, increasing unemployment, broad declines in consumer discretionary spending, increasing inventory levels, reductions in production because of decreased demand, layoffs and leave of absence, and other restructuring activities

As of the date of this consolidated financial statements, the impact of the COVID-19 pandemic on our operations has had a different impact across our different product offerings and the different verticals the company serves, with certain industries benefiting from increased adoption (e.g , online retail, online gaming, online streaming) while others suffering from decreased usage (e.g., travel, ride sharing).

The company's business has far exhibited a net benefit from the shift from in-store shopping and traditional payment methods towards e-commerce and digital payments (and overall higher exposure to industries benefiting from increased adoption), the ultimate extent to which the COVID-19 pandemic impacts the company's business, financial condition, and results of operations will depend on future developments, which are highly uncertain, difficult to predict, and subject to change, including, but not limited to, the duration, scope, severity, and geographic spread of the outbreak, its impact on the global economy, actions taken to contain or limit the impact of COVID-19, such as the availability of an effective vaccine or treatment, geographic variation m how countries and states are handling the pandemic, the appearance of new variants of the virus, and how quickly and to what extent normal economic and operating conditions may potentially resume.

The Directors continue to believe that even if the pandemic can adversely affect the company in the short-term, m the long-term the company's assets will be preserved and consequently the gomg concern basis applied to these financial statements is still applicable.

19. **Subsequent events**

*Acquisition of certain assets from Primeiro Pay*

On March 11, 2021, the Company signed a contract to acquire certain assets from Primeiropay S A R.L and PrimeiroPay Technology GmbH ("Primeiropay") in accordance to the Transfer of a Going Concern Agreement signed between the parties. The purchase of this acquisition of assets amounted to USD 40 0 million, of which USD 1.33 million is contingent consideration (subject to the achievement of the "earn-out") and USD 38.67 million was an immediate cash consideration.

Primeiropay is an international payment service provider that delivers payment services for international merchants that want to accept payments from their international customers without setting up a local entity through processing all cards and payment methods domestically in local currencies. As at the date of approval of the Financial Statements it is too early to disclose further information with respect to the asset acquisition.