UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULETTE LAURENZI and EDUARDO ARIEL ABERLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DLOCAL LIMITED, SEBASTIAN KANOVICH, DIEGO CABRERA CANAY, JACOBO SINGER, ALBERTO EDUARDO AZAR, ANDRES BZUROVSKI BAY, SERGIO ENRIQUE FOGEL KAPLAN, LUIZ O. RIBEIRO, MARTIN ESCOBARI, TEREZA GROSSI, and JITENDRA GUPTA,<br><br>Defendants. | No. 23-CV-07501-NGG-JRC |

**NOTICE OF PLAINTIFFS' *EX PARTE* MOTION FOR ISSUANCE OF LETTERS ROGATORY**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiffs' *Ex Parte* Motion for Issuance of Letters Rogatory (the "Motion"), the Declaration of Murielle J. Steven Walsh in Support of the Motion ("MSW Decl."), and the exhibits annexed thereto, Lead Plaintiff Paulette Laurenzi and Named Plaintiff Eduardo Ariel Aberle (collectively, "Plaintiffs"), by and through their undersigned counsel, will move this Court *ex parte*, before the Honorable Nicholas G. Garaufis, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be set by the Court, for an order granting this Motion and issuing the Letters Rogatory submitted as Exhibits A and B.

Defendants dLocal Limited and Martin Escobari, the only Defendants who have appeared in this action to date, take no position on the Motion.

{00659471;3 }                                          1

Dated: April 22, 2025

Respectfully submitted,

POMERANTZ LLP

*/s/ Murielle J. Steven Walsh*
Jeremy A. Lieberman
Murielle J. Steven Walsh
Emily C. Finestone
Jared Rabinowitz
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
      mjsteven@pomlaw.com
      efinestone@pomlaw.com
      jrabinowitz@pomlaw.com

*Lead Counsel for Plaintiffs*

PORTNOY LAW FIRM
Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
Email: lesley@portnoylaw.com

*Additional Counsel for Plaintiffs*

{00659471;3 }

2