UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PAULETTE LAURENZI and EDUARDO ARIEL ABERLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DLOCAL LIMITED, SEBASTIAN KANOVICH, DIEGO CABRERA CANAY, JACOBO SINGER, ALBERTO EDUARDO AZAR, ANDRES BZUROVSKI BAY, SERGIO ENRIQUE FOGEL KAPLAN, LUIZ O. RIBEIRO, MARTIN ESCOBARI, TEREZA GROSSI, and JITENDRA GUPTA,<br><br>Defendants. | No. 23-CV-07501-NGG-JRC<br><br><br><br>Date of Service: April 22, 2025 |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR *EX PARTE* MOTION FOR ISSUANCE OF LETTERS ROGATORY**

Lead Plaintiff Paulette Laurenzi and Named Plaintiff Eduardo Ariel Aberle (collectively, "Plaintiffs"), submit this memorandum of law in support of their *ex parte* motion for issuance of letters rogatory (the "Motion") to effect service of process on Defendants Sebastian Kanovich and Diego Cabrera Canay in Uruguay.

**PROCEDURAL BACKGROUND**

On March 18, 2024, Plaintiffs filed the Amended Class Action Complaint (the "Complaint"). ECF No. 28. On April 8, 2024, Plaintiffs hired an international legal consulting firm, the Shreefer Law Firm ("Shreefer") to identify service addresses for Kanovich and Canay, who were believed to reside outside of the United States. Declaration of Murielle J. Steven Walsh ("MSW Decl.") at ¶2. Following investigation, Shreefer identified service addresses for Kanovich

{00659480;2 }

and Canay in Uruguay. *Id.* at ¶3. The Court issued summonses to Kanovich and Canay at those addresses on November 5, 2024 and February 12, 2025, respectively. ECF Nos. 49 & 53. On February 25, 2024, Plaintiffs submitted a letter requesting an extension of time to serve Kanovich and Canay until July 25, 2025, to afford Plaintiffs sufficient time to serve them in Uruguay pursuant to the Inter-American Convention on Letters Rogatory and Additional Protocol ("IACAP"). ECF No. 54. The Court granted the request on February 25, 2025. MSW Decl. at ¶4.

## ARGUMENT

An individual residing in a foreign country may be served "as the foreign authority directs in response to a letter rogatory." Fed. R. Civ. P. 4(f)(2)(B). The IACAP[1] of which both Uruguay and the United States are signatories,[2] governs service here. To effectuate service of process under the IACAP, the Court must affix its signature and seal on the official request form for service abroad pursuant to the IACAP, the USM-272 Form. *Social Enter. LLC v. Sociedad Agricola Cato S.A.*, 2015 WL 13743436, at *2 (E.D.N.Y. Oct. 6, 2015).

Here, Plaintiffs have submitted completed Forms USM-272 for service of process on Kanovich and Canay in Uruguay. MSW Decl. Exs. A & B. To effectuate service pursuant to the IACAP, the Court must affix its signature and seal to those exhibits and provide Plaintiffs with original copies for service.

## CONCLUSION

Accordingly, Plaintiffs respectfully request that the Court affix its signature and seal on Exhibits A & B (at page 5) and make original executed and sealed copies available to Plaintiffs

---

[1] *See* Inter-American Convention on Letters Rogatory, opened for signature Jan. 1, 1975, S. Treaty Doc. No. 27 (1984), and the Additional Protocol to the Inter-American Convention on Letters Rogatory, May 8, 1979, S. Treaty Doc. No. 98-27 (1988), (collectively, "IACAP"), reprinted following 28 U.S.C. §1781.

[2] *See* https://www.oas.org/juridico/english/sigs/b-46.html.

for retrieval from the Court.

Dated: April 22, 2025

Respectfully submitted,

POMERANTZ LLP

/s/ Murielle J. Steven Walsh
Jeremy A. Lieberman
Murielle J. Steven Walsh
Emily C. Finestone
Jared Rabinowitz
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
         mjsteven@pomlaw.com
         efinestone@pomlaw.com
         jrabinowitz@pomlaw.com

*Lead Counsel for Plaintiffs*

PORTNOY LAW FIRM
Lesley F. Portnoy
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
Email: lesley@portnoylaw.com

*Additional Counsel for Plaintiffs*

{00659480;2 }

3