UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAULETTE LAURENZI and EDUARDO ARIEL ABERLE, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>       v.<br><br>DLOCAL LIMITED, SEBASTIAN KANOVICH, DIEGO CABRERA CANAY, JACOBO SINGER, ALBERTO EDUARDO AZAR, ANDRES BZUROVSKI BAY, SERGIO ENRIQUE FOGEL KAPLAN, LUIZ O. RIBEIRO, MARTIN ESCOBARI, TEREZA GROSSI, and JITENDRA GUPTA,<br><br>               Defendants. | No. 23-CV-07501-NGG-JRC |

**DECLARATION OF MURIELLE J. STEVEN WALSH IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR ISSUANCE OF LETTERS ROGATORY**

I, Murielle J. Steven Walsh, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.     I am a partner at Pomerantz LLP, Counsel to Lead Plaintiff Paulette Laurenzi and Named Plaintiff Eduardo Ariel Aberle (collectively, "Plaintiffs"), and I am admitted to practice before this Court. I submit this declaration in support of Plaintiffs' *ex parte* motion for issuance of letters rogatory (the "Motion").

2.     On April 8, 2024, Plaintiffs retained an international legal consulting firm, the Shreefer Law Firm ("Shreefer") to assist with identifying service addresses for Defendants Sebastian Kanovich and Diego Cabrera Canay, who were believed to reside outside of the United States.

{00659573;3 }                              1

3.      Following investigation, Shreefer identified service addresses for Kanovich and Canay in Uruguay.

4.      On February 25, 2025, the Court granted Plaintiffs' request for an extension of time to serve Kanovich and Canay until July 25, 2025.

5.      On April 16, 2025, counsel for Plaintiffs contacted counsel for Defendants dLocal Limited and Martin Escobari, the only Defendants who have appeared in this action, for their clients' position on the Motion.

6.      On April 17, 2025, counsel for Defendants dLocal Limited and Martin Escobari informed Plaintiffs' counsel that their clients take no position on the Motion.

7.      Attached hereto as Exhibit A is a Form USM-272 for service of process on Kanovich in Uruguay pursuant to the Inter-American Convention on Letters Rogatory and Additional Protocol ("IACAP").

8.      Attached hereto as Exhibit B is a Form USM-272 for service of process on Canay in Uruguay pursuant to the IACAP.

*/s/ Murielle J. Steven Walsh (with permission)*
Murielle J. Steven Walsh (*pro hac vice*)

Dated: April 22, 2025

{00659573;3 }                                        2