# Exhibit B

Case 1:23-cv-07501-NGG-CHK    Document 58-4    Filed 04/22/25    Page 1 of 8 PageID #: 983

**U.S. Department of Justice**
United States Marshals Service

---

### REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM A

LETTER ROGATORY [1]

| 1 | 2 |
|---|---|
| REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY<br>Name  Clerk of the Court<br>United States District Court<br>Eastern District of New York<br>Address    225 Cadman Plaza East<br>Brooklyn, New York 11201<br>USA | CASE<br>Paulette Laurenzi and Eduardo Ariel Aberle, *Plaintiffs*<br>    vs.<br>DLocal Limited, Sebastian Kanovich, **Diego Cabrera Canay**, et al., *Defendants*<br><br>Case No.: 1:23-cv-07501-NGG-JRC |
| 3 | 4 |
| CENTRAL AUTHORITY OF THE STATE OF ORIGIN<br><br>Name<br><br>Address | CENTRAL AUTHORITY OF THE STATE OF DESTINATION<br><br>Name<br><br>Address |
| 5 | 6 |
| REQUESTING PARTY<br>Name    Paulette Laurenzi and Eduardo Ariel Aberle<br>c/o Murielle J. Steven Walsh, Esq. and Emily C. Finestone, Esq.<br>POMERANTZ LLP<br>Address 600 Third Avenue, Floor 20<br>New York, New York 10016<br>USA | COUNSEL TO THE REQUESTING PARTY<br>Name    Murielle J. Steven Walsh, Esq. and Emily C. Finestone, Esq.<br>POMERANTZ LLP<br>Address 600 Third Avenue, Floor 20<br>New York, New York 10016<br>USA<br>Tel. 1.212.661.1100 |

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Name  Gaston Valenzuela Pirotto, Esq.

Laura Doninalli, Esq.

Address  Andes 1409, oficina 03
Montevideo, URUGUAY 11100
Tel. (+598)99021461

Is this person responsible for costs and expenses?

YES ☒            NO ☐

\* ~~If not, check in the amount of~~
~~_____ is attached~~
\* ~~Or proof of payment is attached~~

---

[1] Complete the original and two copies of this form; if A(1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.
 \*  Delete if inapplicable.

Form USM-272
(Est. 1/89)

-1-

The Central Authority signing this letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the Protocol to the Inter-American Convention on Letters Rogatory:

\* A.  Requests their prompt service on:

**DIEGO CABRERA CANAY**

**Eduardo Blanco Acevedo 1836, Esquina Couture, Montevideo**

**URUGUAY**                    **- OR-**                    **at current domicile**

The undersigned authority requests that service be carried out in the following manner:

\*    (1) ~~In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or~~

\*    (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\*    (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

\* B.  ~~Requests the delivery of the documents listed below to the following judicial or administrative authority~~:

~~Authority:~~  _____

\* C.  Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the document listed below and attached to this letter rogatory, and an executed Certificate on the attached Form C.

Done at  _____ this  _____ date of  _____ , 20 ____

_____        _____
Signature and stamp of the                            Signature and stamp of the
Judicial or other adjudicatory                        Central Authority of the
Authority of the State of origin                       State of origin

Title or other identification of each document to be delivered:

**Summons in a Civil Action, in English and in Spanish**

**Amended Class Action Complaint, in English and in Spanish**

(Attach additional pages, if necessary.)

_____

\*  Delete if inapplicable.

- 2 -

**ANNEX TO THE ADDITIONAL PROTOCOL TO THE
INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To   (Name and address of the person being served)   **DIEGO CABRERA CANAY**
**Eduardo Blanco Acevedo 1836, Esquina Couture, Montevideo, Uruguay
– OR – at current domicile**

You are hereby informed that (Brief statement of nature of service)   **a civil lawsuit was filed
against you seeking compensation for money damages, attorneys' fees, costs, and
interest.**

   A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document.  This copy also contains essential information for you.  Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

ADDITIONAL INFORMATION
I *
FOR SERVICE

A. The document being served on you (original or copy) concerns the following:
   **Amended Class Action Complaint**

B. The remedies sought or the amount in dispute is as follows:
   **Plaintiffs demand judgment against Defendants and seek from Defendants damages
   interest, attorneys' fees, expert fees and other costs, and such other relief as the
   Court deems just and proper.**

C. By this service, you are requested:
   **Within twenty-one (21) days after service of the Summons (not counting the day of
   receipt), Defendant must serve on Plaintiffs' Attorneys, Murielle J. Steven Walsh,
   Esq. and Emily C. Finestone Esq., an answer to the attached complaint or a motion
   under Rule 12 of the Federal Rules of Civil Procedure. Defendant must also file his
   answer with the United States District Court for the Eastern District of New York,
   225 Cadman Plaza East, Brooklyn, New York 11201, USA.**

D. *   ~~In case of service on you as a defendant you can answer the complaint before the judicial
   or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour):~~

   *   You are being summoned to appear as:   **a Defendant in this action.**

_____

[1]  Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
*  Delete if inapplicable.

- 3 -

~~\* If some other action is being requested of the person served, please describe:~~ _____
_____
_____
_____ _____

E. If you fail to comply, the consequences might be:    **If you fail to respond, judgment by**
   **default will be entered against you in the Eastern District of New York for the relief**
   **demanded in the Complaint.**
   _____

F. You are hereby informed that a defense counsel appointed by the Court or the following legal aid
   societies are available to you at the place where the proceeding is pending.

   Name:      **The Legal Aid Society**
   Address:   **111 Livingston Street, 7th Floor, Brooklyn, New York 11201, USA**
              **Telephone 1.718.645.3111**

   The documents listed in Part III are being furnished to you so that you may better
   understand and defend your interests.


                                         II\*
         ~~FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY~~

~~To:~~    _____
           _____
           _____
                     ~~(Name and address of the judicial or administrative authority)~~

           ~~You are respectfully requested to furnish the undersigned authority with the following information:~~
           _____
           _____
           _____


           ~~The documents listed in Part III are being furnished to you to facilitate your reply.~~


_____

\* Delete if inapplicable.

                                         - 4 -

III

LIST OF ATTACHED DOCUMENTS

**Summons in a Civil Action, in English and translated to Spanish**

**Amended Class Action Complaint, in English and translated to Spanish**

(Attach additional pages if necessary)

Done at _____ this _____ day

of _____ , 20 _____

_____
Signature and stamp of the
judicial or other adjudicatory
authority of the State of Origin

_____
Signature and stamp of
the Central Authority
of the State of Origin

- 5 -

# ANNEX TO THE ADDITIONAL PROTOCOL TO THE
## INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM C

CERTIFICATE OF EXECUTION[1]

To: _____

_____

_____

(Name and address of judicial or other adjudicatory
authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\*    A. That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: _____

At (Address) _____

By one of the following methods authorized by the Convention.

\*   (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention, or

_____

_____

_____

\*   (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\*   (3) If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination: (Specify method used)

_____

---

[1] Complete the original and one copy in the language of the State of destination.
\* Delete if inapplicable.

-6-

-7-

\* B. That the documents referred to in the letter rogatory have been delivered to:

Identity of person

_____

Relationship to the addressee  _____

(Family, business or other)

\* C. That the documents attached to the Certificate have not been served or delivered for the
\*following reason(s):

_____

\* D. In conformity with the Protocol, the party requesting execution of the letter rogatory is
requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____ the _____ day of _____ 20_____

_____
Signature and stamp of Central Authority of the State of destination

Where appropriate, attach originals or
copies of any additional documents proving
service or delivery, and identify them.

_____

\* Delete if inapplicable.

-7-