UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PAULETTE LAURENZI and EDUARDO ARIEL ABERLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DLOCAL LIMITED, SEBASTIAN KANOVICH, DIEGO CABRERA CANAY, JACOBO SINGER, ALBERTO EDUARDO AZAR, ANDRES BZUROVSKI BAY, SERGIO ENRIQUE FOGEL KAPLAN, LUIZ O. RIBEIRO, MARTIN ESCOBARI, TEREZA GROSSI, and JITENDRA GUPTA,<br><br>Defendants. | No. 23-CV-07501-NGG-JRC |

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR ISSUANCE OF LETTERS ROGATORY**

**WHEREAS**, the Court having considered Lead Plaintiff Paulette Laurenzi and Named Plaintiff Eduardo Ariel Aberle's (collectively, "Plaintiffs") *Ex Parte* Motion for Issuance of Letters Rogatory (ECF No. 58) (the "Motion"), and the supporting papers submitted therewith,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiffs' Motion is GRANTED. The Court hereby issues the letters rogatory annexed hereto as Exhibits A and B. Plaintiffs may obtain the original executed copies with the seal of Court affixed to the documents (at page 5) on or after XXXXXXXXXXXXXX at XXXXXXXXXXXXXXXXXXXXXXXXXXXX by contacting the Chambers of Magistrate Judge James R. Cho.

**SO ORDERED.**

Dated: ___August 20_____, 2025
      Brooklyn, New York

                s/ James R. Cho
                _____
                HONORABLE JAMES R. CHO
                UNITED STATES MAGISTRATE JUDGE
                EASTERN DISTRICT OF NEW YORK

# Exhibit A

**U.S. Department of Justice**
United States Marshals Service

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL
DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM A

LETTER ROGATORY [1]

| 1 | 2 |
|---|---|
| REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY<br>Name  Clerk of the Court<br>       United States District Court<br>       Eastern District of New York<br>Address   225 Cadman Plaza East<br>       Brooklyn, New York 11201<br>       USA | CASE<br>Paulette Laurenzi and Eduardo Ariel Aberle, *Plaintiffs*<br>   vs.<br>DLocal Limited, **Sebastian Kanovich**, Diego Cabrera Canay, et al., *Defendants*<br><br>Case No.: 1:23-cv-07501-NGG-JRC |
| 3 | 4 |
| CENTRAL AUTHORITY OF THE<br>   STATE OF ORIGIN<br><br>Name<br><br>Address | CENTRAL AUTHORITY OF THE<br>   STATE OF DESTINATION<br><br>Name<br><br>Address |
| 5 | 6 |
| REQUESTING PARTY<br>Name    Paulette Laurenzi and Eduardo Ariel Aberle<br>       c/o Murielle J. Steven Walsh, Esq. and Emily C. Finestone, Esq.<br>       POMERANTZ LLP<br>Address 600 Third Avenue, Floor 20<br>       New York, New York 10016<br>       USA | COUNSEL TO THE REQUESTING PARTY<br>Name   Murielle J. Steven Walsh, Esq. and Emily C. Finestone, Esq.<br>       POMERANTZ LLP<br>Address 600 Third Avenue, Floor 20<br>       New York, New York 10016<br>       USA<br>       Tel. 1.212.661.1100 |

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Name  Gaston Valenzuela Pirotto, Esq.

      Laura Doninalli, Esq.

Address  Andes 1409, oficina 03
         Montevideo, URUGUAY 11100
         Tel. (+598)99021461

Is this person responsible for costs and expenses?
      YES ☒          NO ☐
* ~~If not, check in the amount of~~
  ~~_____ is attached~~
* ~~Or proof of payment is attached~~

---

[1] Complete the original and two copies of this form; if A(1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.
 *  Delete if inapplicable.

Form USM-272
(Est. 1/89)

-1-

The Central Authority signing this letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the Protocol to the Inter-American Convention on Letters Rogatory:

\* A.  Requests their prompt service on:

**SEBASTIAN KANOVICH**

**Jaime Zudanez 2581-2584 Montevideo**

**URUGUAY**      **- OR-**      **at current domicile**

The undersigned authority requests that service be carried out in the following manner:

\*   (1) ~~In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention; or~~

\*   (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\*   (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

\* B.  ~~Requests the delivery of the documents listed below to the following judicial or administrative authority~~:

  ~~Authority:~~ _____

\* C.  Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the document listed below and attached to this letter rogatory, and an executed Certificate on the attached Form C.

Done at  _____ this  _____ date of  _____ , 20 ____

_____      _____

Signature and stamp of the          Signature and stamp of the
Judicial or other adjudicatory          Central Authority of the
Authority of the State of origin          State of origin

Title or other identification of each document to be delivered:

**Summons in a Civil Action, in English and in Spanish**

**Amended Class Action Complaint, in English and in Spanish**

(Attach additional pages, if necessary.)

_____

\*  Delete if inapplicable.

- 2 -

## ANNEX TO THE ADDITIONAL PROTOCOL TO THE
## INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM B

### ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To   (Name and address of the person being served)   **SEBASTIAN KANOVICH**
 **Jaime Zudanez 2581-2584 Montevideo – OR – at current domicile**

You are hereby informed that (Brief statement of nature of service)   **a civil lawsuit was filed against you seeking compensation for money damages, attorneys' fees, costs, and interest.**

   A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document.  This copy also contains essential information for you.  Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

### ADDITIONAL INFORMATION
### I *
### FOR SERVICE

A. The document being served on you (original or copy) concerns the following:
   **Amended Class Action Complaint**

B. The remedies sought or the amount in dispute is as follows:
   **Plaintiffs demand judgment against Defendants and seek from Defendants damages interest, attorneys' fees, expert fees and other costs, and such other relief as the Court deems just and proper.**

C. By this service, you are requested:
   **Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must serve on Plaintiffs' Attorneys, Murielle J. Steven Walsh, Esq. and Emily C. Finestone Esq., an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. Defendant must also file his answer with the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, USA.**

D. *   ~~In case of service on you as a defendant you can answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour):~~

   *   You are being summoned to appear as:   **a Defendant in this action.**

---

[1]  Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
*  Delete if inapplicable.

- 3 -

\*    ~~If some other action is being requested of the person served, please describe~~:    _____

_____

_____

_____

E. If you fail to comply, the consequences might be:    **If you fail to respond, judgment by default will be entered against you in the Eastern District of New York for the relief demanded in the Complaint.**

_____

F. You are hereby informed that a defense counsel appointed by the Court or the following legal aid societies are available to you at the place where the proceeding is pending.

Name:    **The Legal Aid Society**

Address:    **111 Livingston Street, 7th Floor, Brooklyn, New York 11201, USA**
            **Telephone 1.718.645.3111**

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

II\*
~~FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY~~

~~To:~~    _____

_____

_____

~~(Name and address of the judicial or administrative authority)~~

~~You are respectfully requested to furnish the undersigned authority with the following information:~~

_____

_____

_____

~~The documents listed in Part III are being furnished to you to facilitate your reply.~~

_____

\*  Delete if inapplicable.

- 4 -

## III

## LIST OF ATTACHED DOCUMENTS

**Summons in a Civil Action, in English and translated to Spanish**

**Amended Class Action Complaint, in English and translated to Spanish**

(Attach additional pages if necessary)

Done at    U.S. Courthouse    this    20th    day

of    August   , 20 25

s/ James R. Cho

| Signature and stamp of the Judicial or other adjudicatory authority of the State of Origin | Signature and stamp of the Central Authority of the State of Origin |

- 5 -

# ANNEX TO THE ADDITIONAL PROTOCOL TO THE
# INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM C

CERTIFICATE OF EXECUTION[1]

To: _____
_____
_____

(Name and address of judicial or other adjudicatory
authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\* A. That one copy of the documents attached to this Certificate has been served or delivered as follows:

    Date: _____

    At (Address) _____

By one of the following methods authorized by the Convention.

\* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention, or

_____
_____
_____

\* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\* (3) If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination: (Specify method used)

_____

---

[1] Complete the original and one copy in the language of the State of destination.
\* Delete if inapplicable.

-6-

-7-

* B. That the documents referred to in the letter rogatory have been delivered to:

Identity of person

_____

Relationship to the addressee _____

(Family, business or other)

* C. That the documents attached to the Certificate have not been served or delivered for the
   *following reason(s):

_____

* D. In conformity with the Protocol, the party requesting execution of the letter rogatory is
   requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____ the _____ day of _____ 20_____

_____

Signature and stamp of Central Authority of the State of destination

Where appropriate, attach originals or
copies of any additional documents proving
service or delivery, and identify them.

* Delete if inapplicable.

# Exhibit B

**U.S. Department of Justice**
United States Marshals Service

---

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL
DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM A

LETTER ROGATORY [1]

| 1 | 2 |
|---|---|
| REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY<br>Name   Clerk of the Court<br>          United States District Court<br>          Eastern District of New York<br>Address    225 Cadman Plaza East<br>          Brooklyn, New York 11201<br>          USA | CASE<br>Paulette Laurenzi and Eduardo Ariel Aberle, *Plaintiffs*<br>     vs.<br>DLocal Limited, Sebastian    anovich, **Diego Cabrera Canay**, et al., *Defendants*<br><br>Case No.: 1:23-cv-07501-NGG-JRC |
| 3 | 4 |
| CENTRAL AUTHORITY OF THE<br>  STATE OF ORIGIN<br><br>Name<br><br>Address | CENTRAL AUTHORITY OF THE<br>  STATE OF DESTINATION<br><br>Name<br><br>Address |
| 5 | 6 |
| REQUESTING PARTY<br>Name    Paulette Laurenzi and Eduardo Ariel Aberle<br>          c/o Murielle J. Steven Walsh, Esq.<br>          and Emily C. Finestone, Esq.<br>          POMERANTZ LLP<br>Address600 Third Avenue, Floor 20<br>          New York, New York 10016<br>          USA | COUNSEL TO THE REQUESTING PARTY<br>Name   Murielle J. Steven Walsh, Esq.<br>          and Emily C. Finestone, Esq.<br>          POMERANTZ LLP<br>Address600 Third Avenue, Floor 20<br>          New York, New York 10016<br>          USA<br>          Tel. 1.212.661.1100 |

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER
ROGATORY

Name  Gaston Valenzuela Pirotto, Esq.

          Laura Doninalli, Esq.

Address  Andes 1409, oficina 03

          Montevideo, URUGUAY 11100

          Tel. (+598)99021461

Is this person responsible for costs and expenses?

          YES ☒          NO ☐

\* ~~If not, check in the amount of~~

~~_____ is attached~~

\* ~~Or proof of payment is attached~~

---

[1] Complete the original and two copies of this form; if A(1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.

\*  Delete if inapplicable.

Form USM-272
(Est. 1/89)

-1-

The Central Authority signing this letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the Protocol to the Inter-American Convention on Letters Rogatory:

\* A.   Requests their prompt service on:
**DIEGO CABRERA CANAY**

**Eduardo Blanco Acevedo 1836, Esquina Couture, Montevideo**

**URUGUAY**                    **- OR-**                    **at current domicile**

The undersigned authority requests that service be carried out in the following manner:

\*   (1) ~~In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention; or~~

\*   (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\*   (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

\* B.   ~~Requests the delivery of the documents listed below to the following judicial or administrative authority~~:

~~Authority:~~ _____

\* C.   Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the document listed below and attached to this letter rogatory, and an executed Certificate on the attached Form C.

Done at _____ this _____ date of _____ , 20 ____

| | |
|---|---|
| Signature and stamp of the<br>Judicial or other adjudicatory<br>Authority of the State of origin | Signature and stamp of the<br>Central Authority of the<br>State of origin |

Title or other identification of each document to be delivered:
**Summons in a Civil Action, in English and in Spanish**

**Amended Class Action Complaint, in English and in Spanish**

(Attach additional pages, if necessary.)

_____

\*   Delete if inapplicable.

- 2 -

## ANNEX TO THE ADDITIONAL PROTOCOL TO THE
## INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To   (Name and address of the person being served)   **DIEGO CABRERA CANAY**
**Eduardo Blanco Acevedo 1836, Esquina Couture, Montevideo, Uruguay**
**– OR – at current domicile**

You are hereby informed that (Brief statement of nature of service)   **a civil lawsuit was filed against you seeking compensation for money damages, attorneys' fees, costs, and interest.**

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document.  This copy also contains essential information for you.  Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

ADDITIONAL INFORMATION
I *
FOR SERVICE

A. The document being served on you (original or copy) concerns the following:
   **Amended Class Action Complaint**

B. The remedies sought or the amount in dispute is as follows:
   **Plaintiffs demand judgment against Defendants and seek from Defendants damages interest, attorneys' fees, expert fees and other costs, and such other relief as the Court deems just and proper.**

C. By this service, you are requested:
   **Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must serve on Plaintiffs' Attorneys, Murielle J. Steven Walsh, Esq. and Emily C. Finestone Esq., an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. Defendant must also file his answer with the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, USA.**

D. *   ~~In case of service on you as a defendant you can answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box 1 (State place, date and hour):~~

   *   You are being summoned to appear as:   **a Defendant in this action.**

_____

[1]  Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
*  Delete if inapplicable.

- 3 -

~~*     If some other action is being requested of the person served, please describe~~: _____

_____

_____

_____

E. If you fail to comply, the consequences might be:    **If you fail to respond, judgment by**
   **default will be entered against you in the Eastern District of New York for the relief**
   **demanded in the Complaint.**

   _____

F.  You are hereby informed that a defense counsel appointed by the Court or the following legal aid
    societies are available to you at the place where the proceeding is pending.

    Name:     **The Legal Aid Society**

    Address:     **111 Livingston Street, 7th Floor, Brooklyn, New York 11201, USA**
                 **Telephone 1.718.645.3111**

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

II*
~~FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY~~

~~To:~~ _____

_____

_____

~~(Name and address of the judicial or administrative authority)~~

~~You are respectfully requested to furnish the undersigned authority with the following information:~~

_____

_____

_____

~~The documents listed in Part III are being furnished to you to facilitate your reply.~~

_____

*   Delete if inapplicable.

- 4 -

## III

### LIST OF ATTACHED DOCUMENTS

**Summons in a Civil Action, in English and translated to Spanish**

**Amended Class Action Complaint, in English and translated to Spanish**

(Attach additional pages if necessary)

Done at  U.S. Courthouse                              this  20th                              day

of  August                    , 20 25

s/ James R. Cho

| Signature and stamp of the judicial or other adjudicatory authority of the State of Origin | Signature and stamp of the Central Authority of the State of Origin |

- 5 -

## ANNEX TO THE ADDITIONAL PROTOCOL TO THE
## INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM C

CERTIFICATE OF EXECUTION[1]

To: _____

_____

_____

(Name and address of judicial or other adjudicatory
authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

\* A. That one copy of the documents attached to this Certificate has been served or delivered as follows:

Date: _____

At (Address) _____

By one of the following methods authorized by the Convention.

\* (1)  In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention, or

_____

_____

_____

\* (2)  By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

\* (3)  If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination: (Specify method used)

_____

---

[1] Complete the original and one copy in the language of the State of destination.
\* Delete if inapplicable.

-7-

\* B. That the documents referred to in the letter rogatory have been delivered to:

Identity of person

_____

Relationship to the addressee _____

(Family, business or other)

\* C. That the documents attached to the Certificate have not been served or delivered for the
\*following reason(s):

_____

\* D. In conformity with the Protocol, the party requesting execution of the letter rogatory is
requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____ the _____ day of _____ 20_____

_____
Signature and stamp of Central Authority of the State of destination

Where appropriate, attach originals or
copies of any additional documents proving
service or delivery, and identify them.

\* Delete if inapplicable.